# United States District Court

## Southern District of Georgia

Altamaha Riverkeeper and One Hundred Miles
_____
Plaintiff

Case No.   4:18-cv-00251-JRH-JEG

v. The United States Corps of Engineers et al.,
_____
Defendant

Appearing on behalf of : Plaintiffs
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner**, Megan Hinkle Huynh hereby requests permission to appear pro hac vice in the subject case filed in the Savannah Division of the United States District Court for the Southern District of Georgia. **Petitioner** states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, for the Northern District of Georgia. **Petitioner** states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

**Petitioner** designates William W. Sapp as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.
**Petitioner** further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This 1st day of November, 2018.

_____
(Signature of **Petitioner**)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, William W. Sapp, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.
This 1st day of November, 2018.

626435
Georgia Bar Number

_____
Signature of Local Counsel

404.521.9900
Business Telephone

Southern Environmental Law Center (Law Firm)
Ten 10th Street NW, Suite 1050 (Business Address)
Atlanta, GA 30309 (City, State, Zip)
(Mailing Address)
bsapp@selcga.org (Email Address)

# United States District Court
## Southern District of Georgia

Altamaha Riverkeeper and One Hundred Miles
_____
Plaintiff

Case No.   4:18-cv-00251-JRH-JEG

v.

The United States Corps of Engineers et al.,
_____
Defendant

Appearing on behalf of
Plaintiffs
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:   Megan Hinkle Huynh

Business Address:   Southern Environmental Law Center
Firm/Business Name

Ten 10th Street NW, Suite 1050
Street Address

| Street Address (con't) | Atlanta | GA | 30309 |
|---|---|---|---|
|  | City | State | Zip |

Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| 404.521.9900 |  | 877345 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:   mhuynh@selcga.org



## CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **MEGAN HINKLE HUYNH, State Bar No. 877345,** was duly admitted to practice in said Court on April 12, 2013, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this November 1, 2018 day of November, 2018.

JAMES N. HATTEN
CLERK OF COURT

By: *Stephanie Wilson-Bynum* (signature)
Stephanie Wilson-Bynum
Deputy Clerk

**Mandatory Requirements:** **Provide a list of all cases filed in this Court in which applicant has appeared as counsel.**

Applicant Megan Hinkle Huynh has appeared as counsel in the following cases in the US District Court for the Southern District of Georgia:

1. Altamaha Riverkeeper and One Hundred Miles v. The United States Army Corps of Engineers et al., Civil Action No.: 4:18-cv-00251-JRH-JEG, Savannah Division; and

2. State of Georgia et al. v. Andrew Wheeler et al., Civil Action No.: 2:15-cv-00079-LGW-BWC, Brunswick Division.