JEAN E. WILLIAMS
Deputy Assistant Attorney General
DEDRA S. CURTEMAN
MARTHA C. MANN
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
(202) 305-0446 (Curteman)
(202) 514-2664 (Mann)
dedra.curteman@usdoj.gov
martha.mann@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| ALTAMAHA RIVERKEEPER and ONE HUNDRED MILES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants. | Case No. 4:18-cv-00251-JRH-JEG |

### UNITED STATES ARMY CORPS OF ENGINEERS' RESPONSE
### TO MOTION FOR EXPEDITED CONSIDERATION OF MOTION FOR
### PRELIMINARY INJUNCTION

On October 31, 2018, at the same time Plaintiffs filed their Complaint, they also filed a motion for preliminary injunction of a United States Army Corps of Engineers ("Corps") permit issued under Section 404 of the Clean Water Act, 33 U.S.C. § 1344. ECF Nos. 1, 5. Plaintiffs served the Corps by certified mail the same day. The Corps filed its opposition on November 19, 2018. ECF No. 13. The following day, Plaintiffs filed a motion seeking expedited consideration

of the motion for preliminary injunction. ECF No. 15. Plaintiffs did not seek expedited consideration of its motion at the time the motion for preliminary injunction was filed, and have not sought the Corps' position on expedited consideration of the motion. *See* Local Rule 7.1 ("Where practical, parties should indicate whether a motion is unopposed.).

The Corps does not believe that Plaintiffs have established that the extraordinary relief of a preliminary injunction is warranted. However, the Corps does not oppose the motion for expedited consideration. In any event, Plaintiffs have suggested that the Court may wish to hold a hearing, ECF No. 15, and the Permittee and Proposed Intervenor-Defendant, Sea Island Acquisition has requested a hearing. ECF No. 19. To the extent the Court intends to schedule a hearing on the motion for preliminary injunction, lead counsel for the Corps wish to advise the Court of their availability. Due to the Thanksgiving holiday and scheduled annual leave, undersigned counsel from the Department of Justice Environment and Natural Resources Division and United States Attorney's Office are unavailable today, November 21, through Friday, November 23, 2018.

| | |
|---|---|
| Respectfully submitted November 21, 2018 by | JEAN E. WILLIAMS<br>Deputy Assistant Attorney General<br><br>*s/ Martha C. Mann*<br>DEDRA S. CURTEMAN<br>MARTHA C. MANN<br>United States Department of Justice<br>Environment and Natural Resources Division<br>P.O. Box 7611, Washington, D.C. 20044 |
| *Of Counsel*<br>JOHN E. BALLARD<br>Assistant District Counsel<br>United States Army Corps of Engineers | (202) 305-0446 (Curteman)<br>(202) 514-2664 (Mann)<br>dedra.curteman@usdoj.gov<br>martha.mann@usdoj.gov<br>*Counsel for the U.S. Army Corps of Engineers*<br><br>BOBBY L. CHRISTINE<br>UNITED STATES ATTORNEY<br><br>*s/ Bradford C. Patrick* |

2

                                        Bradford C. Patrick  
                                        Assistant United States Attorney  
                                        South Carolina Bar No. 102092  
                                        U.S. Attorney's Office  
                                        Post Office Box 8970  
                                        Savannah, Georgia 31412  
                                        (912) 652-4422  
                                        bradford.patrick@usdoj.gov