IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALTAMAHA RIVERKEEPER and ONE HUNDRED MILES<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES ARMY CORPS OF ENGINEERS et al.,<br><br>Defendants. | Docket No. 4:18-cv-00251- JRH -JEG |

**AMENDED MOTION FOR PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER**

Plaintiffs filed a Motion for Preliminary Injunction on October 31, 2018, ECF No. 5, the same day they filed the Complaint in this matter. Defendants filed a Response in Opposition to Plaintiffs' Motion on November 19, ECF No. 13, and Plaintiffs filed a Reply on November 20, ECF No. 17. Plaintiffs also filed a Motion for Expedited Consideration of their Preliminary Injunction Motion, ECF No. 15, and Proposed Intervenors filed a Motion for Hearing on Plaintiffs' Motion, ECF No. 19. Because construction has begun and is continuing on the project Plaintiffs seek to enjoin, Plaintiffs now amend their Motion for Preliminary Injunction to alternatively seek a Temporary Restraining Order. A photograph showing the ongoing construction is included below. Because the standards for preliminary relief in either form are the same, *see Schiavo ex rel. Schindler v. Schiavo*, 403 F.3d 1223, 1225 (11th Cir. 2005), Plaintiffs incorporate all facts and arguments set forth in their original Motion for Preliminary Injunction, ECF No. 5.

1



Photograph taken November 29, 2018 by James Holland showing ongoing construction

Respectfully submitted this 30th day of November, 2018.

          **SOUTHERN ENVIRONMENTAL LAW CENTER**

          /s/ *William W. Sapp*
          William W. Sapp
          Georgia Bar No. 626435
          Megan Hinkle Huynh
          Georgia Bar No. 877345
          *Admitted pro hac vice*
          Bob Sherrier
          Georgia Bar No. 979890
          *Pro hac vice motion forthcoming*
          Ten 10th Street NW, Suite 1050
          Atlanta, Georgia 30309
          Phone: (404) 521-9900
          bsapp@selcga.org
          mhuynh@selcga.org
          bsherrier@selcga.org
          *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on November 30, 2018, I electronically filed the foregoing *Amended Motion for Preliminary Injunction and/or Temporary Restraining Order* with the Clerk of Court using the CM/ECF system.

/s/ *William W. Sapp*