UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALTAMAHA RIVERKEEPER and )
ONE HUNDRED MILES, )
 )
    Plaintiff, )
 )
v. ) CV418-251
 )
THE UNITED STATES ARMY )
CORPS OF ENGINEERS, *et al.*, )
 )
    Defendants. )

## ORDER

Sea Island Acquisition, LLC's motion to intervene (doc. 12), which is unopposed (doc. 16) is **GRANTED**.

**SO ORDERED,** this 19th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA