JEAN E. WILLIAMS
Deputy Assistant Attorney General
DEDRA S. CURTEMAN
MARTHA C. MANN
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7611
Washington, DC 20044
(202) 305-0446 (Curteman)
(202) 514-2664 (Mann)
dedra.curteman@usdoj.gov
martha.mann@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ALTAMAHA RIVERKEEPER and ONE HUNDRED MILES, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants, <br><br> SEA ISLAND ACQUISITION, LLC, <br><br> Intervenors. <br><br> and <br><br> CENTER FOR A SUSTAINABLE COAST, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants, | Case Nos. 4:18-cv-00251-JRH-JEG and 4:18-cv-00254-JRH-JEG <br><br> **MOTION FOR A STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS** |

|  |  |
|---|---|
| SEA ISLAND ACQUISITION, LLC, | ) ) ) |
| Intervenors | ) ) ) |
| _____ | ) |

## MOTION FOR A STAY OF CASE
## IN LIGHT OF LAPSE OF APPROPRIATIONS

The United States of America hereby moves for a stay of the entire case in the above-captioned case.

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the entire case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5. Opposing counsel for Altahama Riverkeeper and One Hundred Miles takes no position on the motion. Despite several attempts to contact opposing counsel for Center for a Sustainable Coast, Federal Defendants' counsel has not received a response from opposing counsel regarding its position on the motion. Defendant Intervenors consent to the motion.

6.Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

| | |
|---|---|
| Respectfully submitted December 31, 2018 by | JEAN E. WILLIAMS<br>Deputy Assistant Attorney General |
| *Of Counsel*<br>JOHN E. BALLARD<br>Assistant District Counsel<br>United States Army Corps of Engineers | *s/ Dedra S. Curteman*<br>DEDRA S. CURTEMAN<br>MARTHA C. MANN<br>United States Department of Justice<br>Environment and Natural Resources Division<br>P.O. Box 7611, Washington, D.C. 20044<br>(202) 305-0446 (Curteman)<br>(202) 514-2664 (Mann)<br>dedra.curteman@usdoj.gov<br>martha.mann@usdoj.gov<br>*Counsel for the U.S. Army Corps of Engineers*<br><br>BOBBY L. CHRISTINE<br>UNITED STATES ATTORNEY<br><br>s/ *Bradford C. Patrick*<br>BRADFORD C. PATRICK<br>Assistant United States Attorney<br>South Carolina Bar No. 102092<br>U.S. Attorney's Office<br>Post Office Box 8970<br>Savannah, Georgia 31412<br>(912) 652-4422<br>bradford.patrick@usdoj.gov |

## **CERTIFICATE OF SERVICE**

I certify that on December 31, 2018, I electronically filed the foregoing Motion for a Stay of Case in Light of Lapse of Appropriations with the Clerk of Court using the CM/ECF system.

*s/ Dedra S. Curteman*