FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 JAN -2 PM 3:45

CLERK J. Hodge
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALTAMAHA RIVERKEEPER; ONE HUNDRED MILES; and CENTER FOR A SUSTAINABLE COAST, INC.,

    Plaintiffs,

v.

THE UNITED STATES ARMY CORPS OF ENGINEERS; Lieutenant General TODD T. SEMONITE, in His Official Capacity as Commanding General of the U.S. Army Corps of Engineers; Colonel DANIEL HIBNER, in His Official Capacity as District Commander of the Savannah District; and TUNIS MCELWAIN, in His Official Capacity as Chief of the Regulatory Branch of the U.S. Army Corps of Engineers,

    Defendants,

SEA ISLAND ACQUISITION, LLC,

    Defendant-Intervenor.

CV 418-251

**O R D E R**

Before the Court is Defendant United States Army Corps of Engineers' motion to stay. (Doc. 31.) On December 21, 2018, appropriations for funding the Department of Justice ("DOJ") and other Federal Government operations lapsed causing a partial government shutdown. Because the DOJ is prohibited from engaging in its duties — including litigation activities — without

appropriations, see 31 U.S.C. §§ 1341(a)(1)(B), 1342, Defendant United States Army Corps of Engineers seeks a stay of this action and an extension of all deadlines. Upon due consideration, the motion to stay (Doc. 31) is **GRANTED**. This case is hereby **STAYED** until the DOJ's funding is restored, and all pending deadlines in this matter, if any, are extended for the same number of days as the DOJ's lapse in funding.

Additionally, on December 14, 2018, the Court consolidated CV 418-254 into CV 418-251. (CV 418-254, Doc. 13.) As a consequence of the consolidation, the Parties were required to file all future filings in CV 418-251 only. As such, the Court hereby **DENIES AS MOOT** the motion to stay in CV 418-254.[1] (CV 418-254, Doc. 15.)

**ORDER ENTERED** at Augusta, Georgia, this 2nd day of January, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court further directs the Clerk to **CLOSE** CV 418-254.