IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

|  |  |  |
|---|---|---|
| ALTAMAHA RIVERKEEPER; ONE HUNDRED MILES; and CENTER FOR A SUSTAINABLE COAST, INC, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 418-251 |
| THE UNITED STATES ARMY CORPS OF ENGINEERS; Lieutenant General TODD T. SEMONITE, in His Official Capacity as Commanding General of the U.S. Army Corps of Engineers; Colonel DANIEL HIBNER, in His Official Capacity as District Commander of the Savannah District; and TUNIS MCELWAIN, in His Official Capacity as Chief of the Regulatory Branch of the U.S. Army Corps of Engineers, | * * * * * * * * * * * * * | |
| Defendants, | * * | |
| Sea Island Acquisition, LLC, | * * | |
| Defendant-Intervenor. | * | |

**O R D E R**

Before the Court is the Parties' Joint Motion to Vacate and Stipulation for Scheduling. (Doc. 42.) The Court finds the Parties need only submit a proposed scheduling order. Having now

proposed a sufficient scheduling order, the Court **GRANTS** the motion (Doc. 42) and sets the deadlines stipulated in the motion.[1]

**ORDER ENTERED** at Augusta, Georgia, this 27th day of February, 2019.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```

---

[1] Although the Court encourages the Parties to avoid duplicative efforts, no consolidated filings are required, unless otherwise ordered by the Court.

2