# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ALTMAHA RIVERKEEPER; ONE HUNDRED MILES; SURFRIDER FOUNDATION; and CENTER FOR A SUSTAINABLE COAST, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 4:18-cv-00251-JRH-CLR |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., ) ) ) | |
| Federal Defendants, ) ) | |
| AND ) ) | |
| SEA ISLAND ACQUISITION, LLC, ) ) | |

**FEDERAL DEFENDANTS' NOTICE OF FILING ADMINISTRATIVE RECORD**

Federal Defendants, the United States Army Corps of Engineers ("Corps"), an agency of the United States of America, Lieutenant General Todd T. Semonite, in his official capacity as Commanding General of the U.S. Army Corps of Engineers, and Colonel Daniel Hibner, in his official capacity as District Commander of the Savannah District (collectively, "Federal Defendants"), respectfully notify the Court that the Federal Defendants' administrative record for agency action challenged in the above-captioned matter will be filed in physical form with the Clerk's Office for the Southern District of Georgia. The administrative records include materials compiled by the Corps concerning the Corps' issuance of Army Permit Number SAS-2015-00742 to Sea Island Acquisition, LLC, and is contained on a DVD. A declaration certifying the record is also contained on the DVD. Copies of the administrative will be provided separately via overnight delivery to Plaintiffs' and Intervenors' counsel.

| | |
|---|---|
| Respectfully submitted February 28, 2019 by | JEAN E. WILLIAMS<br>Deputy Assistant Attorney General |
| *Of Counsel*<br>JOHN E. BALLARD<br>Assistant District Counsel<br><br>MADELINE G. CROCKER<br>Assistant District Counsel | s/ *Dedra S. Curteman*<br>DEDRA S. CURTEMAN<br>MARTHA C. MANN<br>MARK ARTHUR BROWN<br>United States Department of Justice<br>Environment and Natural Resources Division<br>P.O. Box 7611, Washington, D.C. 20044<br>(202) 305-0446 (Curteman)<br>(202) 514-2664 (Mann)<br>(202) 305-0204 (Brown)<br>dedra.curteman@usdoj.gov<br>martha.mann@usdoj.gov<br>mark.brown@usdoj.gov<br>*Counsel for the U.S. Army Corps of Engineers*<br><br>BOBBY L. CHRISTINE<br>UNITED STATES ATTORNEY<br><br>s/ *Bradford C. Patrick*<br>BRADFORD C. PATRICK<br>Assistant United States Attorney<br>South Carolina Bar No. 102092<br>U.S. Attorney's Office<br>Post Office Box 8970<br>Savannah, Georgia 31412<br>(912) 652-4422<br>bradford.patrick@usdoj.gov |