## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| ALTMAHA RIVERKEEPER; ONE HUNDRED MILES; SURFRIDER FOUNDATION; and CENTER FOR A SUSTAINABLE COAST, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:18-cv-00251-JRH-CLR |
| UNITED STATES ARMY CORPS OF ENGINEERS, et al., | ) ) ) ) | |
| Federal Defendants, | ) ) | |
| AND | ) ) | |
| SEA ISLAND ACQUISITION, LLC, | ) ) ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.4(c), please enter the appearance of Hubert T. Lee as counsel in the above-captioned case on behalf of Defendants the United States Army Corps of Engineers, Lieutenant General Todd T. Semonite, Colonel Daniel Hibner, and Tunis McElwain. Mr. Lee is a member of the bars of the Eighth Circuit Court of Appeals, the U.S. District Courts for the Southern and Central Districts of California, and the District of Columbia. Mr. Lee has read and is familiar with this Court's Local Rules, and is registered to use the Court's ECF system and thus may be served electronically using that system. If necessary, notices, orders, or other papers alternatively may be sent to Mr. Lee at either of the following addresses:

/ / /

/ / /

1

**FIRST CLASS MAIL**
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044

**OVERNIGHT MAIL DELIVERY**
United States Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street, N.W., Suite 8000
Washington, D.C. 20004

**TELEPHONE**
202.514.1806

**FACSIMILE**
202.514.8865

**EMAIL**
Hubert.lee@usdoj.gov

Respectfully Submitted,

s/ *Hubert T. Lee*
HUBERT T. LEE
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611, Washington, D.C. 20044
(202) 514-1806
*Counsel for the U.S. Army Corps of Engineers*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing to be electronically filed on March 27, 2019. All registered counsel are to receive notice of the filing via the Court's electronic case filing system.

s/ *Hubert T. Lee*

HUBERT T. LEE
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611, Washington, D.C. 20044
(202) 514-1806
*Counsel for the U.S. Army Corps of Engineers*