UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALTMAHA RIVERKEEPER; ONE HUNDRED MILES; SURFRIDER FOUNDATION; and CENTER FOR A SUSTAINABLE COAST,<br><br>   Plaintiffs,<br><br> v.<br><br>UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>   Federal Defendants,<br><br>   AND<br><br>SEA ISLAND ACQUISITION, LLC, | Case No. 4:18-cv-00251-JRH-CLR |

**FEDERAL DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL ADMINISTRATIVE RECORD**

Federal Defendants, the United States Army Corps of Engineers ("Corps"), an agency of the United States of America, Lieutenant General Todd T. Semonite, in his official capacity as Commanding General of the U.S. Army Corps of Engineers, and Colonel Daniel Hibner, in his official capacity as District Commander of the Savannah District (collectively, "Federal Defendants"), respectfully notify the Court that the Federal Defendants' supplemental administrative record, supplementing the administrative record noticed with the Court on February 28, 2019 (*see* ECF no. 46) for the agency action challenged in the above-captioned matter, will be filed in physical form with the Clerk's Office for the Southern District of Georgia.

The supplemental administrative records include materials compiled by the Corps concerning the Corps' issuance of Army Permit Number SAS-2015-00742 to Sea Island

Acquisition, LLC, and is contained on a DVD. A declaration certifying the supplemental administrative record and a revised administrative index are also contained on the DVD. Copies of this DVD will be provided separately via overnight delivery to Plaintiffs' and Intervenors' counsel.

Respectfully submitted March 29, 2019 by

| | |
|---|---|
| *Of Counsel* <br> JOHN E. BALLARD <br> Assistant District Counsel <br><br> MADELINE G. CROCKER <br> Assistant District Counsel | s/ *Hubert T. Lee* <br><br> HUBERT T. LEE <br> DEDRA S. CURTEMAN <br> MARTHA C. MANN <br> MARK ARTHUR BROWN <br> United States Department of Justice <br> Environment and Natural Resources Division <br> P.O. Box 7611, Washington, D.C. 20044 <br> (202) 514-1806 (Lee) <br> (202) 305-0446 (Curteman) <br> (202) 514-2664 (Mann) <br> (202) 305-0204 (Brown) <br> hubert.lee@usdoj.gov <br> dedra.curteman@usdoj.gov <br> martha.mann@usdoj.gov <br> mark.brown@usdoj.gov <br> *Counsel for the U.S. Army Corps of Engineers* <br><br> BOBBY L. CHRISTINE <br> UNITED STATES ATTORNEY <br><br> s/ *Bradford C. Patrick* <br> BRADFORD C. PATRICK <br> Assistant United States Attorney <br> South Carolina Bar No. 102092 <br> U.S. Attorney's Office <br> Post Office Box 8970 <br> Savannah, Georgia 31412 <br> (912) 652-4422 <br> bradford.patrick@usdoj.gov |