IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| ALTAMAHA RIVERKEEPER; ONE HUNDRED MILES; CENTER FOR A SUSTAINABLE COAST, INC; and SURFRIDER FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES ARMY CORPS OF ENGINEERS; Lieutenant General TODD T. SEMONITE, in His Official Capacity as Commanding General of the U.S. Army Corps of Engineers; Colonel DANIEL HIBNER, in His Official Capacity as District Commander of the Savannah District; and TUNIS MCELWAIN, in His Official Capacity as Chief of the Regulatory Branch of the U.S. Army Corps of Engineers, <br><br> Defendants, <br><br> SEA ISLAND ACQUISITION, LLC, <br><br> Defendant-Intervenor. | * * * * * * * * * * * * * * * * * * * * * * * * * * | CV 418-251 |

## O R D E R

Before the Court is the Consent Motion to Amend the Scheduling Order. (Doc. 50.) On February 27, 2019, this Court granted the Parties' Joint Motion to Vacate and Stipulation for Scheduling (Doc. 42) setting the Parties' deadlines as stipulated in the motion. (Doc. 45.) Plaintiffs Altamaha Riverkeeper, One Hundred Miles, and Surfrider Foundation and Defendant-Intervenor Sea

Island Acquisition, LLC request a sixty-day extension of the briefing schedule. Defendants consent to and Plaintiff Center for a Sustainable Coast does not oppose the extension. Upon due consideration, the Court **GRANTS** the motion (Doc. 50) and sets the deadlines as stipulated in the motion (Doc. 50, at 3).

**ORDER ENTERED** at Augusta, Georgia, this 20th day of May, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA