# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ALTAMAHA RIVERKEEPER, ONE HUNDRED MILES, SURFRIDER FOUNDATION, and CENTER FOR A SUSTAINABLE COAST,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES ARMY CORPS OF ENGINEERS, et al.,<br><br>    Defendants,<br><br>  and<br><br>SEA ISLAND ACQUISITION, LLC,<br><br>    Defendant - Intervenor. | CIVIL ACTION NO.<br>4:18-cv-00251-JRH-CLR |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

Plaintiffs, Altamaha Riverkeeper, One Hundred Miles, Center for a Sustainable Coast, and Surfrider Foundation, and Defendant-Intervenor, Sea Island Acquisition, LLC, move to amend the scheduling order and extend the deadline for the parties to file and respond to motions for summary judgment by sixty days for the following reasons.

1. On February 27, 2019, the Court entered a scheduling order setting the Plaintiffs' deadline to file motions for summary judgment as May 23, 2019. ECF No. 45.

2. Thereafter, on May 15, 2019, Plaintiffs, Altamaha Riverkeeper, One Hundred Miles, and Surfrider Foundation, Defendant-Intervenor, Sea Island Acquisition, LLC, and Federal Defendants, the Army Corps of Engineers, *et al.*, filed a Consent Motion to Amend the Scheduling Order, ECF No. 50, in order for Plaintiffs Altamaha Riverkeeper, One Hundred

Miles, and Surfrider Foundation, and Defendant-Intervenor to narrow the disputed issues to the extent possible and prepare appropriate Motions for Summary Judgment.

2. On March 20, 2019, the Court granted the Consent Motion, setting Plaintiffs' deadline to file Motions for Summary Judgement for July 23, 2019.  ECF 51.

3. Project construction has stopped through October 31, 2019 for sea turtle nesting protection.

4. In order for Plaintiffs and Defendant-Intervenors to continue their efforts to narrow or resolve the disputed issues, the parties request a sixty-day extension of the summary judgment briefing scheduling with the following deadlines:

**September 23, 2019**   Plaintiffs' separate Motions for Summary Judgment due.

**November 7, 2019**   Federal Defendants' and Intervenor's separate Opposition and Cross-Motions for Summary Judgment due.

**December 9, 2019**   Plaintiffs' separate Oppositions to Cross-Motions for Summary Judgment and Reply (if any), due.

**January 8, 2020**   Federal Defendants' and Intervenor's separate Summary Judgment Replies due.

5. Federal Defendants consent to the instant motion.

For the reasons set forth above, the Plaintiffs and Defendant-Intervenor request that the Court amend the Scheduling Order and extend all summary judgment deadlines by sixty days as set forth above. A proposed order is attached.

Respectfully submitted this 21st day of June, 2019.

  /s/ Megan Hinkle Huynh
WILLIAM W. SAPP
MEGAN HINKLE HUYNH
Southern Environmental Law Center
Ten 10th St. NW, Suite 1050
Atlanta, Georgia 30309
(404) 521-9900
bsapp@selcga.org
mhuynh@selcga.org
*Attorneys for Plaintiffs Altamaha Riverkeeper, One Hundred Miles, and Surfrider Foundation*

  /s/ Kimberly A. Sturm
KIMBERLY ANN STURM
Weissman PC
One Alliance Center, 4th Floor
3500 Lenox Road Atlanta, Georgia 30326
(404) 926-4630
Kaseys@weissman.law
*Attorney for Plaintiff Center for a Sustainable Coast*

  /s/ James B. Durham
JAMES B. DURHAM
 Georgia Bar No. 235526
STEPHANIE R. McDONALD
Georgia Bar No. 274946
Hall Booth Smith, P.C.
3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
Phone: (912) 554-0093
jdurham@hallboothsmith.com

  /s/ Patricia T. Barmeyer
PATRICIA T. BARMEYER
Georgia Bar No. 038500
RANDY J. BUTTERFIELD
Georgia Bar No. 100120
King & Spalding, LLP
1180 Peachtree Street NE
Atlanta, Georgia 30309-3521
Phone: (404) 572-4600
pbarmeyer@kslaw.com
*Attorneys for Defendant-Intervenor*