

**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS
SAVANNAH DISTRICT
100 W. OGLETHORPE AVENUE
SAVANNAH, GEORGIA 31401-3604

**July 5, 2019**

Regulatory Branch
SAS-2015-00742

Mr. William McHugh, Jr.
Sea Island Acquisition, LLC
351 Sea Island Road
Saint Simons Island, Georgia  31522

Dear McHugh:

I refer to your letter of May 24, 2019, requesting modification of Department of the Army permit number SAS-2015-00742.  This permit authorized impacts to tidally influenced waters (i.e. the Atlantic Ocean) to construct and maintain a new T-head groin south of the existing southern groin and place sand along approximately 17,000 linear feet (LF) of beach located between an existing north groin, and the new T-head groin.  The project site is located within the surf zone of the Atlantic Ocean, along the Sea Island shoreline, in Glynn County, Georgia (Latitude: 31.1833, Longitude: 81.3310). The proposed 255-acre sand borrow area is located in the Atlantic Ocean, approximately 4 miles east/southeast of the Sea Island project area.

In accordance with your request, I am hereby authorizing the following modifications to Department of the Army permit number SAS-2015-00742:

AUTHORIZED MODIFICATIONS:

   a. The use of Reach A, as identified on the exhibit entitled "Beach Renourishment Borrow Area, Reserve at Sea Island" dated September 10, 2015, is authorized to both construct the project as well as for future sand recycling activities.

   b. The use of Reach C, as identified on the exhibit entitled "Sea Island Shore Protection Project, 2018 Beach Nourishment, Proposed Reach C Recycling Area", dated February 28, 2019, is authorized to both construct the project as well as for future sand recycling activities.

**EXHIBIT 1**

   c. Special Condition 1(b) has been modified to state, "Following construction, the Permittee shall test the dune feature for compaction prior to the planting of vegetation or sand fence construction. If compaction readings are greater than 500 CPU at any of the test depths (6 inches, 12 inches, 18 inches) for two consecutive stations, the dune feature will be tilled. Alternatively, the permittee may till the dune feature without compaction testing."

   d. The configuration of the dune at the Reserve as shown on the survey entitled, "Proposed Groin & Dune Plan, Sea Island Cloister Reserve, Beach Renourishment & Groin", dated September 10, 2015, is authorized.

   e. The configuration of the groin and access ramp at the Reserve as shown on the survey entitled, "Proposed Groin & Dune Plan, Sea Island Cloister Reserve, Beach Renourishment & Groin", dated September 10, 2015, is authorized.

   f. The depths to which the offshore borrow site were dredged according to the bathometric survey entitled, "Borrow Area Cut Depths, Post Project Memorandum" dated May 3, 2019, are authorized.

   The revised drawing(s) designated herein supersede the original permit drawing(s), enclosures, etc.

   This permit modification is subject to the terms and conditions of the original permit and subsequent modifications. You will not depart from the approved location or plans without obtaining prior approval from the Department of the Army.

   This authorization does not convey any property rights, either in real estate or material, or any exclusive privileges. It does not authorize any injury to property, invasion of rights, or any infringement of federal, state, local laws, or regulations; nor does it obviate the requirement to obtain State or local assent required by law for the activity described herein. It does not affect your liability for any damages that may be caused by the work.

   If this permit modification is agreeable to you, sign both the original and duplicate copies. Please retain the original for your records and return the signed duplicate to this office. Please be advised that this permit modification is valid only if the signed duplicate copy is received in our office within 60 days from the date of this letter. If we do not receive the signed duplicate copy from you within the 60-day timeframe, this permit modification will automatically expire.

- 3 -

If you object to this decision due to certain terms and conditions therein, you may request that the permit be modified under our regulations at Title 33 Code of Federal Regulations (C.F.R.) § Part 331. Enclosed you will find a Notification of Appeal Process (NAP) Fact Sheet and Request for Appeal (RFA) Form. To request that the permit be modified you must complete Section II of the enclosed form and return the form to the District Engineer at the address shown above.

In order for an RFA to be accepted, the U.S. Army Corps of Engineers must determine that it is complete, that it meets the criteria for appeal under 33 C.F.R. § Part 331.5, and that it has been received by the District Engineer within 60 days of the date of the NAP. Should you decide to submit an RFA form, it must be received at the above address by this deadline.

It is not necessary to submit an RFA form to the District Office if you do not object to the permit decision.

A copy of this letter is being provided to the following parties: Mr. Daniel Bucey, Resource & Land Consultants, LLC, 41 Park of Commerce Way, Suite 303, Savannah, Georgia 31405.

Thank you in advance for completing our on-line Customer Survey Form located at http://corpsmapu.usace.army.mil/cm_apex/f?p=regulatory_survey. We value your comments and appreciate your taking the time to complete a survey each time you have interaction with our office.

- 4 -

If you have any questions, please call Sarah Wise, Team Lead, Coastal Section, at (912) 652-5550.

RUTLIN.WILLIAM.M.1390465064
Digitally signed by RUTLIN.WILLIAM.M.1390465064
Date: 2019.07.05 15:26:35 -04'00'

For Daniel H. Hibner, P.M.P.
Colonel, U.S. Army
Commanding

Enclosure

---

Permittee hereby accepts the terms and conditions of this instrument.

_____		_____
(Permittee)							7/8/19  (Date)

- 5 -

    When the structures or work authorized by this permit are still in existence at the time the property is transferred, the terms and conditions of this permit will continue to be binding on the new owner(s) of the property.  To request the transfer of this permit and the associated liabilities with compliance with its terms and conditions, the permittee and transferee must sign and date below.

_____
(PERMITTEE-Printed Name)


_____          _____
(PERMITTEE-Signature)                              (DATE)


_____
(TRANSFERREE-Printed Name)


_____          _____
(TRANSFERREE-Signature)                             (DATE)

    By signature below, the U.S. Army Corps of Engineers hereby validates the transfer of the permit from the permittee named above to the transferee named above.


_____          _____
Issued for and in behalf of:                              (DATE)
Daniel H. Hibner, P.M.P.
Colonel, U.S. Army
Commanding

| NOTIFICATION OF ADMINISTRATIVE APPEAL OPTIONS AND PROCESS AND REQUEST FOR APPEAL | | |
|---|---|---|
| Applicant: William McHugh; Sea Island Acquisition, LLC | File Number: SAS-2015-00742 | Date: July 5, 2019 |
| Attached is: | | See Section below |
| X   INITIAL PROFFERED PERMIT (Standard Permit or Letter of permission) | | A |
|     PROFFERED PERMIT (Standard Permit or Letter of permission) | | B |
|     PERMIT DENIAL | | C |
|     APPROVED JURISDICTIONAL DETERMINATION | | D |
|     PRELIMINARY JURISDICTIONAL DETERMINATION | | E |

**SECTION I -** The following identifies your rights and options regarding an administrative appeal of the above decision. Additional information may be found at http://www.usace.army.mil/CECW/Pages/reg_materials.aspx or Corps regulations at 33 C.F.R. § Part 331.

**A: INITIAL PROFFERED PERMIT:** You may accept or object to the permit.

ACCEPT: If you received a Standard Permit, you may sign the permit document and return it to the district engineer for final authorization. If you received a Letter of Permission (LOP), you may accept the LOP and your work is authorized. Your signature on the Standard Permit or acceptance of the LOP means that you accept the permit in its entirety, and waive all rights to appeal the permit, including its terms and conditions, and approved jurisdictional determinations associated with the permit.

OBJECT: If you object to the permit (Standard or LOP) because of certain terms and conditions therein, you may request that the permit be modified accordingly. You must complete Section II of this form and return the form to the district engineer. Your objections must be received by the district engineer within 60 days of the date of this notice, or you will forfeit your right to appeal the permit in the future. Upon receipt of your letter, the district engineer will evaluate your objections and may: (a) modify the permit to address all of your concerns, (b) modify the permit to address some of your objections, or (c) not modify the permit having determined that the permit should be issued as previously written. After evaluating your objections, the district engineer will send you a proffered permit for your reconsideration, as indicated in Section B below.

**B: PROFFERED PERMIT:** You may accept or appeal the permit.

ACCEPT: If you received a Standard Permit, you may sign the permit document and return it to the district engineer for final authorization. If you received a Letter of Permission (LOP), you may accept the LOP and your work is authorized. Your signature on the Standard Permit or acceptance of the LOP means that you accept the permit in its entirety, and waive all rights to appeal the permit, including its terms and conditions, and approved jurisdictional determinations associated with the permit.

APPEAL: If you choose to decline the proffered permit (Standard or LOP) because of certain terms and conditions therein, you may appeal the declined permit under the Corps of Engineers Administrative Appeal Process by completing Section II of this form and sending the form to the division engineer. This form must be received by the division engineer within 60 days of the date of this notice.

**C: PERMIT DENIAL:** You may appeal the denial of a permit under the Corps of Engineers Administrative Appeal Process by completing Section II of this form and sending the form to the division engineer. This form must be received by the division engineer within 60 days of the date of this notice.

**D: APPROVED JURISDICTIONAL DETERMINATION:** You may accept or appeal the approved JD or provide new information.

ACCEPT: You do not need to notify the Corps to accept an approved JD. Failure to notify the Corps within 60 days of the date of this notice means that you accept the approved JD in its entirety, and waive all rights to appeal the approved JD.

APPEAL: If you disagree with the approved JD, you may appeal the approved JD under the Corps of Engineers Administrative Appeal Process by completing Section II of this form and sending the form to the division engineer. The division engineer must receive this form within 60 days of the date of this notice.

**E: PRELIMINARY JURISDICTIONAL DETERMINATION:** You do not need to respond to the Corps regarding the preliminary JD. The Preliminary JD is not appealable. If you wish, you may request an approved JD (which may be appealed), by contacting the Corps district for further instruction. Also you may provide new information for further consideration by the Corps to reevaluate the JD.

| SECTION II - REQUEST FOR APPEAL or OBJECTIONS TO AN INITIAL PROFFERED PERMIT |
|---|
| REASONS FOR APPEAL OR OBJECTIONS: (Describe your reasons for appealing the decision or your objections to an initial proffered permit in clear concise statements. You may attach additional information to this form to clarify where your reasons or objections are addressed in the administrative record.) |
| |
| ADDITIONAL INFORMATION: The appeal is limited to a review of the administrative record, the Corps memorandum for the record of the appeal conference or meeting, and any supplemental information that the review officer has determined is needed to clarify the administrative record. Neither the appellant nor the Corps may add new information or analyses to the record. However, you may provide additional information to clarify the location of information that is already in the administrative record. |

| POINT OF CONTACT FOR QUESTIONS OR INFORMATION: | |
|---|---|
| If you have questions regarding this decision and/or the appeal process you may contact:<br>Sarah Wise<br>U.S. Army Corps of Engineers, Savannah District<br>100 W. Oglethorpe Avenue<br>Savannah, Georgia  31401-3640<br>(912) 652-5550 | If you only have questions regarding the appeal process you may also contact:<br>District Commander<br>U.S. Army Corps of Engineers, Savannah District<br>100 W. Oglethorpe Avenue<br>Savannah, Georgia  31401 |

| RIGHT OF ENTRY:  Your signature below grants the right of entry to Corps of Engineers personnel, and any government consultants, to conduct investigations of the project site during the course of the appeal process. You will be provided a 15-day notice of any site investigation, and will have the opportunity to participate in all site investigations. | | |
|---|---|---|
| | Date: | Telephone number: |
| Signature of appellant or agent. | | |





(Engineering drawing: "PROPOSED GROIN & DUNE PLAN" — Sea Island Cloister Reserve, Beach Renourishment & Groin, Sea Island Acquisition, LLC, Glynn County, GA. Prepared by Thomas & Hutton, 50 Park of Commerce Way, Savannah, GA 31405, 912.234.5300, www.thomasandhutton.com. Sheet 2, Scale 1" = 100', Drawn by JWR, Reviewed by CLG, Date 9/10/15, Job Number J25447.)

Legend:
- 2015 PERMIT DRAWINGS (BLACK TYP.)
- 2019 SURVEY (RED TYP.)

Notes:
1. ELEVATIONS ARE BASED ON NAVD 88 DATUM. SURVEY INFORMATION SHOWN INCLUDING JURISDICTIONAL LINES, MHW, MLW, ELEVATIONS, AND PROJECT SURVEY PROFILE LINES BASED ON TOPOGRAPHIC SURVEY PERFORMED BY SHUPE SURVEYING, DATED 2/26/2015 & 3/2/2015.
2. MEAN LOW WATER SHOWN TAKEN FROM SURVEY DATED 3/11/2015.
3. ORDINARY HIGH WATER MARK/HIGH TIDE LINE SHOWN TAKEN FROM OBSERVATION 3/11/2015.

## Borrow Area Cut Depths

Post-Project Memorandum — 3 May 2019

Prepared for:

**Sea Island**

Sea Island Company
PO Box 30351   Sea Island GA   31561



4 ft Cut
8 ft Cut

The borrow area is ~3 nm off Goulds Inlet near Sea Island GA

[UPPER] Bathymetry as collected on 16 November 2018 – BEFORE DREDGING

[LOWER] Contours of bathymetry as collected on 10 March 2019 – AFTER DREDGING

*all elevations NAVD 88



PO Box 8056
Columbia, SC 29202

Phone: 803.799.8949
cse@coastalscience.com

Coastal Science & Engineering