FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 SEP 13 PM 2:33
CLERK M. akin
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALTAMAHA RIVERKEEPER; ONE
HUNDRED MILES; CENTER FOR A
SUSTAINABLE COAST, INC; and
SURFRIDER FOUNDATION,

    Plaintiffs,

v.

CV 418-251

THE UNITED STATES ARMY CORPS OF
ENGINEERS; Lieutenant General
TODD T. SEMONITE, in His
Official Capacity as Commanding
General of the U.S. Army Corps
of Engineers; Colonel DANIEL
HIBNER, in His Official
Capacity as District Commander
of the Savannah District; and
TUNIS MCELWAIN, in His Official
Capacity as Chief of the
Regulatory Branch of the U.S.
Army Corps of Engineers,

    Defendants,

SEA ISLAND ACQUISITION, LLC,

    Defendant-Intervenor.

# O R D E R

Before the Court is the Parties' Consent Motion to Permit Plaintiffs to File an Amended Complaint, Vacate the Current Schedule, and Set New Deadlines. Upon due consideration, the Court **GRANTS** the motion (Doc. 57). Plaintiffs are permitted to file amended complaints within **SEVEN (7) DAYS** from the date of this

Order. Defendants and Defendant-Intervenor shall file responses to Plaintiffs' amended complaints within **THIRTY (30) DAYS** from the date each is filed. The Court **DIRECTS** the Clerk to vacate all deadlines not set forth within this Order. The Parties **SHALL** file a joint proposed scheduling order for further proceedings by **Thursday, October 31, 2019.**

**ORDER ENTERED** at Augusta, Georgia, this 12th day of September, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA