# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ALTAMAHA RIVERKEEPER, ONE HUNDRED MILES, SURFRIDER FOUNDATION, and CENTER FOR A SUSTAINABLE COAST, INC., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES ARMY CORPS OF ENGINEERS, et al., <br><br> Defendants, <br><br> and <br><br> SEA ISLAND ACQUISITION, LLC, <br><br> Intervenor Defendant. | CIVIL ACTION NO. <br> 4:18-cv-00251-JRH-CLR |

## CONSENT MOTION TO FILE JOINT PROPOSED SCHEDULING ORDER

COME NOW the Parties in the above-referenced action, and pursuant to this Court's Order of September 13, 2019, file this Joint Proposed Scheduling Order as follows:

## PROPOSED SCHEDULING ORDER

| | |
|---|---|
| **December 6, 2019** | Federal Defendants to lodge the administrative record for the permit modification. |
| **January 6, 2020** | Plaintiffs and Sea Island Acquisition, LLC, shall identify and communicate to the Federal Defendants any issues regarding completeness of the record and/or any issues regarding the admission of extra record evidence. The Parties will attempt to negotiate a resolution should a dispute arise. |
| **January 31, 2020** | Deadline for parties to file motion regarding the completeness of the record and/or admission of extra record evidence. If no such motions are |

| | filed, any challenges regarding the record will be deemed waived.[1] |
|---|---|
| **February 28, 2020** | If no motions either challenging the completeness of the administrative record or seeking the admission of extra record evidence are pending, Plaintiffs' separate Motions for Summary Judgment are due. |
| **April 3, 2020** | Defendants' separate Oppositions to Summary Judgments and Cross-Motions for Summary Judgment are due. |
| **April 24, 2020** | Plaintiffs' separate Oppositions to Cross-Motions for Summary Judgment and Reply to Defendants' Oppositions Briefs are due. |
| **May 8, 2020** | Defendants' separate Replies in support of their Motions for Summary Judgment are due. |

The Parties agree with the proposed schedule set forth above and respectfully request that the Court enter the Proposed Scheduling Order, which has been submitted pursuant to this Court's Order dated September 13, 2019.

Respectfully submitted, this 31st day of October, 2019.

                                              */s/ William W. Sapp, Esq.*
                                              WILLIAM W. SAPP
                                              MEGAN HINKLE HUYNH
                                              BOB SHERRIER
                                              Ten 10th St. NW, Suite 1050
                                              Atlanta, Georgia 30309
                                              (404) 521-9900
                                              bsapp@selcga.org
                                              mhuynh@selcga.org
                                              bsherrier@selcga.org

---

[1] Should the Plaintiffs or Defendant-Intervenor file any motions regarding the completeness of the record and/or for admission of extra record evidence, the response and replies will be due according to timelines for motions established by the local rules.

Plaintiffs object to this language and do not agree to waive challenges to the record if additional issues are discovered, which issues were not previously known, that raise questions as to the completeness of the record.

*Attorneys for Plaintiffs Altamaha Riverkeeper, One Hundred Miles, and Surfrider Foundation*

/s/ Kasey Sturm, Esq.
KIMBERLY [KASEY] A. STURM
Weissman PC
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, Georgia
(404) 926-4600
kaseys@weissman.law

*Attorney for Plaintiff Center for a Sustainable Coast, Inc.*

JEAN E. WILLIAMS
DEPUTY ASSISTANT ATTORNEY GENERAL

/s/ Dedra S. Curteman, Esq.
DEDRA S. CURTEMAN
MARTHA C. MANN
HUBERT T. LEE

| | |
|---|---|
| *Of Counsel* | MARK ARTHUR BROWN |
| JOHN E. BALLARD | United States Department of Justice |
| Assistant District Counsel | Environment and Natural Resources Division |
| United States Army Corps of Engineers | P.O. Box 7611, Washington D.C. 20044 |
| | (202) 305-0446 (Curteman) |
| MADELINE CROCKER | (202) 514-2664 (Mann) |
| Assistant District Counsel | Dedra.curteman@usdoj.gov |
| United States Army Corps of Engineers | Martha.mann@usdoj.gov |
| | Hubert.lee@usdoj.gov |
| MELANIE L. CASNER | Mark.brown@usdoj.gov |
| Assistant Counsel | |

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ Bradford C. Patrick, Esq.
BRADFORD C. PATRICK
Assistant United States Attorney
South Carolina Bar No. 102092
U.S. Attorney's Office
Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422
Bradford.patrick@usdoj.gov

*Counsel for the U.S. Army Corps of Engineers, Lieutenant General Todd T. Semonite. Colonel Daniel Hibner, and Tunis McElwain*

 /s/  James B. Durham, Esq.
JAMES B. DURHAM
STEPHANIE R. AMIOTTE
3528 Darien Highway, Suite 300
Brunswick, Georgia 31525
Phone: (912) 554-0093
Fax: (912) 554-1973
Email: jdurham@hallboothsmith.com
        SAmiotte@hallboothsmith.com

 /s/  Patricia T. Barmeyer, Esq.
PATRICIA T. BARMEYER
RANDY J. BUTTERFIELD
1180 Peachtree Street NE
Atlanta, Georgia 30309-3521
Phone: (404) 572-4600
Fax:    (404) 572-5137
Email: pbarmeyer@kslaw.com
        rbutterfield@kslaw.com

*Attorneys for Defendant-Intervenors*