UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ALTMAHA RIVERKEEPER; ONE HUNDRED MILES; SURFRIDER FOUNDATION; and CENTER FOR A SUSTAINABLE COAST, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ARMY CORPS OF ENGINEERS, et al., <br><br> Federal Defendants, <br><br> AND <br><br> SEA ISLAND ACQUISITION, LLC. | Case No. 4:18-cv-00251-JRH-CLR |

**FEDERAL DEFENDANTS' NOTICE OF FILING OF ADMINISTRATIVE RECORD RELATED TO MODIFICATION OF DEFENDANT-INTERVENOR SEA ISLAND ACQUISITION, LLC'S CORPS PERMIT**

Pursuant to this Court's November 14, 2019 Order (Dkt. no. 66), Federal Defendants, the United States Army Corps of Engineers ("Corps"), an agency of the United States of America, Lieutenant General Todd T. Semonite, in his official capacity as Commanding General of the U.S. Army Corps of Engineers, and Colonel Daniel Hibner, in his official capacity as District Commander of the Savannah District (collectively, "Federal Defendants"), respectfully notify the Court that the Federal Defendants' administrative record related to the modification of Defendant-Intervenor Sea Island Acquisition, LLC's Permit Number SAS-2015-00742 will be filed in physical form with the Clerk's Office for the Southern District of Georgia.

The administrative record includes materials compiled by the Corps concerning the Corps' modification of Permit Number SAS-2015-00742 issued to Sea Island Acquisition, LLC,

and is contained on a DVD. A copy of the permit modification was filed with this Court on July 11, 2019. *See* Dkt. no. 54. A declaration certifying the administrative record and an updated administrative index are also contained on the DVD. Copies of this DVD will be provided separately via overnight delivery to Plaintiffs' and Defendant-Intervenor's counsel.

Respectfully submitted December 6, 2019
by:

s/ *Hubert T. Lee*

*Of Counsel*
JOHN E. BALLARD
Assistant District Counsel

MADELINE G. CROCKER
Assistant District Counsel

HUBERT T. LEE
DEDRA S. CURTEMAN
MARTHA C. MANN
MARK ARTHUR BROWN
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 7611, Washington, D.C. 20044
(202) 514-1806 (Lee)
(202) 305-0446 (Curteman)
(202) 514-2664 (Mann)
(202) 305-0204 (Brown)
hubert.lee@usdoj.gov
dedra.curteman@usdoj.gov
martha.mann@usdoj.gov
mark.brown@usdoj.gov
*Counsel for the U.S. Army Corps of Engineers*

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

s/ *Bradford C. Patrick*
BRADFORD C. PATRICK
Assistant United States Attorney
South Carolina Bar No. 102092
U.S. Attorney's Office
Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422
bradford.patrick@usdoj.gov