

**DEPARTMENT OF THE ARMY**
**U.S. ARMY CORPS OF ENGINEERS**
**SAVANNAH DISTRICT**
**100 W. OGLETHORPE AVENUE**
**SAVANNAH, GEORGIA 31401-3604**

**April 16, 2020**

Regulatory Division
SAS-2015-00742

Mr. William McHugh, Jr.
Sea Island Acquisition, LLC
351 Sea Island Road
Saint Simons Island, Georgia 31522

Dear McHugh:

I refer to your letter of April 14, 2020, requesting modification of Department of the Army permit number SAS-2015-00742. This permit authorized impacts to tidally influenced waters (i.e. the Atlantic Ocean) to construct and maintain a new T-head groin south of the existing southern groin and place sand along approximately 17,000 linear feet (LF) of beach located between an existing north groin, and the new T-head groin. The project site is located within the surf zone of the Atlantic Ocean, along the Sea Island shoreline, in Glynn County, Georgia (Latitude: 31.1833, Longitude: 81.3310).

In accordance with your request, I am hereby authorizing the following modifications to Department of the Army permit number SAS-2015-00742:

AUTHORIZED MODIFICATION:

a. The drawing entitled "Proposed Groin & Dune Plan, Sea Island Cloister Reserve, Beach Renourishment & Groin", dated September 10, 2015, is replaced with the drawing entitled "Proposed Groin & Dune Plan, Sea Island Cloister Reserve, Beach Renourishment & Groin", dated April 2, 2020.

The revised drawing(s) designated herein supersede the original permit drawing(s), enclosures, etc.

This permit modification is subject to the terms and conditions of the original permit and subsequent modifications. You will not depart from the approved location or plans without obtaining prior approval from the Department of the Army.

This authorization does not convey any property rights, either in real estate or material, or any exclusive privileges. It does not authorize any injury to property, invasion of rights, or any infringement of federal, state, local laws, or regulations; nor

- 2 -

does it obviate the requirement to obtain State or local assent required by law for the activity described herein.  It does not affect your liability for any damages that may be caused by the work.

If this permit modification is agreeable to you, sign both the original and duplicate copies.  Please retain the original for your records and return the signed duplicate to this office.  Please be advised that this permit modification is valid only if the signed duplicate copy is received in our office within 60 days from the date of this letter.  If we do not receive the signed duplicate copy from you within the 60-day timeframe, this permit modification will automatically expire.

If you object to this decision due to certain terms and conditions therein, you may request that the permit be modified under our regulations at Title 33 Code of Federal Regulations (C.F.R.) § Part 331.  Enclosed you will find a Notification of Appeal Process (NAP) Fact Sheet and Request for Appeal (RFA) Form.  To request that the permit be modified you must complete Section II of the enclosed form and return the form to the District Engineer at the address shown above.

In order for an RFA to be accepted, the U.S. Army Corps of Engineers must determine that it is complete, that it meets the criteria for appeal under 33 C.F.R. § Part 331.5, and that it has been received by the District Engineer within 60 days of the date of the NAP.  Should you decide to submit an RFA form, it must be received at the above address by this deadline.

It is not necessary to submit an RFA form to the District Office if you do not object to the permit decision.

A copy of this letter is being provided to the following parties:  Mr.  Daniel Bucey, Resource & Land Consultants, LLC, 41 Park of Commerce Way, Suite 303, Savannah, Georgia  31405.

Thank you in advance for completing our on-line Customer Survey Form located at http://corpsmapu.usace.army.mil/cm_apex/f?p=regulatory_survey.  We value your comments and appreciate your taking the time to complete a survey each time you have interaction with our office.

- 3 -

If you have any questions, please call Mrs. Sarah Wise, Team Lead, Coastal Branch, at (912) 652-5550.

RUTLIN.WILLI
AM.M.13904
65064

Digitally signed by
RUTLIN.WILLIAM.M.13
90465064
Date: 2020.04.16
15:13:58 -04'00'

For Daniel H. Hibner, P.M.P.
Colonel, U.S. Army
Commanding

Enclosure

_____

Permittee hereby accepts the terms and conditions of this instrument.

_____          _____
(Permittee)                                          (Date)

- 4 -

    When the structures or work authorized by this permit are still in existence at the time the property is transferred, the terms and conditions of this permit will continue to be binding on the new owner(s) of the property.  To request the transfer of this permit and the associated liabilities  with compliance with its terms and conditions, the permittee and transferee must sign and date below.

_____
    (PERMITTEE-Printed Name)


_____              _____
    (PERMITTEE-Signature)                           (DATE)


_____
    (TRANSFERREE-Printed  Name)


_____              _____
    (TRANSFERREE-Signature)                      (DATE)

    By signature below, the U.S. Army Corps of Engineers hereby validates the transfer of the permit from the permittee named above to the transferee named above.


_____              _____
    Issued for and in behalf of:                 (DATE)
    Daniel H. Hibner, P.M.P.
    Colonel, U.S. Army
    Commanding

## NOTIFICATION OF ADMINISTRATIVE APPEAL OPTIONS AND PROCESS AND REQUEST FOR APPEAL

| Applicant:  William McHugh; Sea Island Acquisition, LLC | File Number:  SAS-2015-00742 | Date:  April 16, 2020 |
|---|---|---|
| Attached is: | | See Section below |
| | INITIAL PROFFERED PERMIT (Standard Permit or Letter of permission) | A |
| X | PROFFERED PERMIT (Standard Permit or Letter of permission) | B |
| | PERMIT DENIAL | C |
| | APPROVED JURISDICTIONAL DETERMINATION | D |
| | PRELIMINARY JURISDICTIONAL DETERMINATION | E |

SECTION I - The following identifies your rights and options regarding an administrative appeal of the above decision. Additional information may be found at http://www.usace.army.mil/CECW/Pages/reg_materials.aspx   or Corps regulations at 33 C.F.R. § Part 331.

A:  INITIAL PROFFERED PERMIT:  You may accept or object to the permit.

ACCEPT:  If you received a Standard Permit, you may sign the permit document and return it to the district engineer for final authorization.  If you received a Letter of Permission (LOP), you may accept the LOP and your work is authorized.  Your signature on the Standard Permit or acceptance of the LOP means that you accept the permit in its entirety, and waive all rights to appeal the permit, including its terms and conditions, and approved jurisdictional determinations associated with the permit.

OBJECT:  If you object to the permit (Standard or LOP) because of certain terms and conditions therein, you may request that the permit be modified accordingly.  You must complete Section II of this form and return the form to the district engineer. Your objections must be received by the district engineer within 60 days of the date of this notice, or you will forfeit your right to appeal the permit in the future.  Upon receipt of your letter, the district engineer will evaluate your objections and may: (a) modify the permit to address all of your concerns, (b) modify the permit to address some of your objections, or (c) not modify the permit having determined that the permit should be issued as previously written.  After evaluating your objections, the district engineer will send you a proffered permit for your reconsideration, as indicated in Section B below.

B:  PROFFERED PERMIT:  You may accept or appeal the permit.

ACCEPT:  If you received a Standard Permit, you may sign the permit document and return it to the district engineer for final authorization.  If you received a Letter of Permission (LOP), you may accept the LOP and your work is authorized.  Your signature on the Standard Permit or acceptance of the LOP means that you accept the permit in its entirety, and waive all rights to appeal the permit, including its terms and conditions, and approved jurisdictional determinations associated with the permit.

APPEAL:  If you choose to decline the proffered permit (Standard or LOP) because of certain terms and conditions therein, you may appeal the declined permit under the Corps of Engineers Administrative Appeal Process by completing Section II of this form and sending the form to the division engineer.  This form must be received by the division engineer within 60 days of the date of this notice.

C:  PERMIT DENIAL:  You may appeal the denial of a permit under the Corps of Engineers Administrative Appeal Process by completing Section II of this form and sending the form to the division engineer.  This form must be received by the division engineer within 60 days of the date of this notice.

D:  APPROVED JURISDICTIONAL DETERMINATION:  You may accept or appeal the approved JD or provide new information.

ACCEPT:  You do not need to notify the Corps to accept an approved JD.  Failure to notify the Corps within 60 days of the date of this notice means that you accept the approved JD in its entirety, and waive all rights to appeal the approved JD.

APPEAL:  If you disagree with the approved JD, you may appeal the approved JD under the Corps of Engineers Administrative Appeal Process by completing Section II of this form and sending the form to the division engineer.  The division engineer must receive this form within 60 days of the date of this notice.

E:  PRELIMINARY JURISDICTIONAL DETERMINATION:  You do not need to respond to the Corps regarding the preliminary JD.  The Preliminary JD is not appealable.  If you wish, you may request an approved JD (which may be appealed), by contacting the Corps district for further instruction.  Also you may provide new information for further consideration by the Corps to reevaluate the JD.

| SECTION II - REQUEST FOR APPEAL or OBJECTIONS TO AN INITIAL PROFFERED PERMIT |
|---|

REASONS FOR APPEAL OR OBJECTIONS: (Describe your reasons for appealing the decision or your objections to an initial proffered permit in clear concise statements. You may attach additional information to this form to clarify where your reasons or objections are addressed in the administrative record.)

ADDITIONAL INFORMATION: The appeal is limited to a review of the administrative record, the Corps memorandum for the record of the appeal conference or meeting, and any supplemental information that the review officer has determined is needed to clarify the administrative record. Neither the appellant nor the Corps may add new information or analyses to the record. However, you may provide additional information to clarify the location of information that is already in the administrative record.

| POINT OF CONTACT FOR QUESTIONS OR INFORMATION: | |
|---|---|
| If you have questions regarding this decision and/or the appeal process you may contact:<br>Sarah Wise<br>U.S. Army Corps of Engineers, Savannah District<br>100 W. Oglethorpe Avenue<br>Savannah, Georgia  31401-3640<br>(912) 652-5550 | If you only have questions regarding the appeal process you may also contact:<br>District Commander<br>U.S. Army Corps of Engineers, Savannah District<br>100 W. Oglethorpe Avenue<br>Savannah, Georgia  31401 |

RIGHT OF ENTRY:  Your signature below grants the right of entry to Corps of Engineers personnel, and any government consultants, to conduct investigations of the project site during the course of the appeal process.  You will be provided a 15-day notice of any site investigation, and will have the opportunity to participate in all site investigations.

| _____<br>Signature of appellant or agent. | Date: | Telephone number: |
|---|---|---|



ATLANTIC OCEAN

GRAPHIC SCALE

( IN FEET )
1 inch = 100 ft.

NOTES:
1. ELEVATIONS ARE BASED ON NAVD 88 DATUM. SURVEY INFORMATION SHOWN INCLUDING JURISDICTIONAL LINES, MHW, MLW, ELEVATIONS, AND PROJECT SURVEY PROFILE LINES BASED ON TOPOGRAPHIC SURVEY PERFORMED BY SHUPE SURVEYING, DATED 2/26/2015 & 3/2/2015.
2. MEAN LOW WATER SHOWN TAKEN FROM SURVEY DATED 3/11/2015.
3. ORDINARY HIGH WATER MARK/HIGH TIDE LINE SHOWN TAKEN FROM OBSERVATION 3/11/2015.

THOMAS & HUTTON
Engineering | Surveying | Planning | GIS | Consulting
50 Park of Commerce Way
Savannah, GA 31405 • 912.234.5300
www.thomasandhutton.com

SEA ISLAND CLOISTER RESERVE
PROPOSED ACTIVITY:
BEACH RENOURISHMENT & GROIN
CLIENT:
SEA ISLAND ACQUISITION, LLC
LOCATION: GLYNN COUNTY, GA.
DATE: 9/10/15  REV: 4/2/2020  DRAWN BY: JWR
                              REVIEWED BY: CLG
JOB NUMBER: J-25447

SHEET: 2
SCALE: 1" = 100'

PROPOSED GROIN & DUNE PLAN

LEGEND:
2015 PERMIT DRAWINGS (BLACK TYP.)
2019 SURVEY (RED TYP.)

PROPOSED ROCK GROIN

CREST ELEV. 3.0

TOP OF GROIN CREST ELEV. 6.0

TOP OF ROCK GROIN SLOPES FROM 6.0 DOWN TO 3.0

TOE OF ROCK, TYP.

PROPOSED DUNES

20' WIDE DUNE CREST ELEV.=VARIES 15.0 TO 20.0

TOP OF BEACH BERM ELEV. 6.0

APPROX. TOE OF RENOURISHMENT SLOPE, ELEV. (-)6.0

SEAWARD TOE OF CONSTRUCTED DUNES

EXISTING SOUTH TERMINAL GROIN

EXISTING ACCESS FOR EQUIPMENT

PROJECT BASELINE

ACCESS RAMP (TYP.)
427448.24
910426.60

EXIST. MHW
ELEV. 2.63



**DEPARTMENT OF THE ARMY**
U.S. ARMY CORPS OF ENGINEERS
SAVANNAH DISTRICT
100 W. OGLETHORPE AVENUE
SAVANNAH, GEORGIA 31401-3604

**July 5, 2019**

Regulatory Branch
SAS-2015-00742

Mr. William McHugh, Jr.
Sea Island Acquisition, LLC
351 Sea Island Road
Saint Simons Island, Georgia  31522

Dear McHugh:

I refer to your letter of May 24, 2019, requesting modification of Department of the Army permit number SAS-2015-00742.  This permit authorized impacts to tidally influenced waters (i.e. the Atlantic Ocean) to construct and maintain a new T-head groin south of the existing southern groin and place sand along approximately 17,000 linear feet (LF) of beach located between an existing north groin, and the new T-head groin.  The project site is located within the surf zone of the Atlantic Ocean, along the Sea Island shoreline, in Glynn County, Georgia (Latitude: 31.1833, Longitude: 81.3310). The proposed 255-acre sand borrow area is located in the Atlantic Ocean, approximately 4 miles east/southeast of the Sea Island project area.

In accordance with your request, I am hereby authorizing the following modifications to Department of the Army permit number SAS-2015-00742:

AUTHORIZED MODIFICATIONS:

a.  The use of Reach A, as identified on the exhibit entitled "Beach Renourishment Borrow Area, Reserve at Sea Island" dated September 10, 2015, is authorized to both construct the project as well as for future sand recycling activities.

b.  The use of Reach C, as identified on the exhibit entitled "Sea Island Shore Protection Project, 2018 Beach Nourishment, Proposed Reach C Recycling Area", dated February 28, 2019, is authorized to both construct the project as well as for future sand recycling activities.

- 2 -

c.  Special Condition 1(b) has been modified to state, "Following construction, the Permittee shall test the dune feature for compaction prior to the planting of vegetation or sand fence construction. If compaction readings are greater than 500 CPU at any of the test depths (6 inches, 12 inches, 18 inches) for two consecutive stations, the dune feature will be tilled.  Alternatively, the permittee may till the dune feature without compaction testing."

d.  The configuration of the dune at the Reserve as shown on the survey entitled, "Proposed Groin & Dune Plan, Sea Island Cloister Reserve, Beach Renourishment & Groin", dated September 10, 2015, is authorized.

e.  The configuration of the groin and access ramp at the Reserve as shown on the survey entitled, "Proposed Groin & Dune Plan, Sea Island Cloister Reserve, Beach Renourishment & Groin", dated September 10, 2015, is authorized.

f.  The depths to which the offshore borrow site were dredged according to the bathometric survey entitled, "Borrow Area Cut Depths, Post Project Memorandum" dated May 3, 2019, are authorized.

The revised drawing(s) designated herein supersede the original permit drawing(s), enclosures, etc.

This permit modification is subject to the terms and conditions of the original permit and subsequent modifications.  You will not depart from the approved location or plans without obtaining prior approval from the Department of the Army.

This authorization does not convey any property rights, either in real estate or material, or any exclusive privileges. It does not authorize any injury to property, invasion of rights, or any infringement of federal, state, local laws, or regulations; nor does it obviate the requirement to obtain State or local assent required by law for the activity described herein.  It does not affect your liability for any damages that may be caused by the work.

If this permit modification is agreeable to you, sign both the original and duplicate copies.  Please retain the original for your records and return the signed duplicate to this office.  Please be advised that this permit modification is valid only if the signed duplicate copy is received in our office within 60 days from the date of this letter.  If we do not receive the signed duplicate copy from you within the 60-day timeframe, this permit modification will automatically expire.

- 3 -

If you object to this decision due to certain terms and conditions therein, you may request that the permit be modified under our regulations at Title 33 Code of Federal Regulations (C.F.R.) § Part 331.  Enclosed you will find a Notification of Appeal Process (NAP) Fact Sheet and Request for Appeal (RFA) Form.  To request that the permit be modified you must complete Section II of the enclosed form and return the form to the District Engineer at the address shown above.

In order for an RFA to be accepted, the U.S. Army Corps of Engineers must determine that it is complete, that it meets the criteria for appeal under 33 C.F.R. § Part 331.5, and that it has been received by the District Engineer within 60 days of the date of the NAP.  Should you decide to submit an RFA form, it must be received at the above address by this deadline.

It is not necessary to submit an RFA form to the District Office if you do not object to the permit decision.

A copy of this letter is being provided to the following parties:  Mr.  Daniel Bucey, Resource & Land Consultants, LLC, 41 Park of Commerce Way, Suite 303, Savannah, Georgia  31405.

Thank you in advance for completing our on-line Customer Survey Form located at http://corpsmapu.usace.army.mil/cm_apex/f?p=regulatory_survey.  We value your comments and appreciate your taking the time to complete a survey each time you have interaction with our office.

- 4 -

If you have any questions, please call Sarah Wise, Team Lead, Coastal Section, at (912) 652-5550.

RUTLIN.WILLIAM  Digitally signed by
.M.1390465064  RUTLIN.WILLIAM.M.1390465064
Date: 2019.07.05 15:26:35 -04'00'

For Daniel H. Hibner, P.M.P.
    Colonel, U.S. Army
    Commanding

Enclosure

---

Permittee hereby accepts the terms and conditions of this instrument.

_____          _____
        (Permittee)                              (Date)

- 5 -

When the structures or work authorized by this permit are still in existence at the time the property is transferred, the terms and conditions of this permit will continue to be binding on the new owner(s) of the property.  To request the transfer of this permit and the associated liabilities with compliance with its terms and conditions, the permittee and transferee must sign and date below.

_____
(PERMITTEE-Printed Name)

_____          _____
(PERMITTEE-Signature)                                        (DATE)

_____
(TRANSFERREE-Printed Name)

_____          _____
(TRANSFERREE-Signature)                                     (DATE)

By signature below, the U.S. Army Corps of Engineers hereby validates the transfer of the permit from the permittee named above to the transferee named above.

_____          _____
Issued for and in behalf of:                              (DATE)
Daniel H. Hibner, P.M.P.
Colonel, U.S. Army
Commanding

## NOTIFICATION OF ADMINISTRATIVE APPEAL OPTIONS AND PROCESS
## AND REQUEST FOR APPEAL

| Applicant: William McHugh; Sea Island Acquisition, LLC | File Number: SAS-2015-00742 | Date: July 5, 2019 |
|---|---|---|
| Attached is: | | See Section below |
| X | INITIAL PROFFERED PERMIT (Standard Permit or Letter of permission) | A |
| | PROFFERED PERMIT (Standard Permit or Letter of permission) | B |
| | PERMIT DENIAL | C |
| | APPROVED JURISDICTIONAL DETERMINATION | D |
| | PRELIMINARY JURISDICTIONAL DETERMINATION | E |

SECTION I - The following identifies your rights and options regarding an administrative appeal of the above decision. Additional information may be found at http://www.usace.army.mil/CECW/Pages/reg_materials.aspx or Corps regulations at 33 C.F.R. § Part 331.

A: INITIAL PROFFERED PERMIT: You may accept or object to the permit.

ACCEPT: If you received a Standard Permit, you may sign the permit document and return it to the district engineer for final authorization. If you received a Letter of Permission (LOP), you may accept the LOP and your work is authorized. Your signature on the Standard Permit or acceptance of the LOP means that you accept the permit in its entirety, and waive all rights to appeal the permit, including its terms and conditions, and approved jurisdictional determinations associated with the permit.

OBJECT: If you object to the permit (Standard or LOP) because of certain terms and conditions therein, you may request that the permit be modified accordingly. You must complete Section II of this form and return the form to the district engineer. Your objections must be received by the district engineer within 60 days of the date of this notice, or you will forfeit your right to appeal the permit in the future. Upon receipt of your letter, the district engineer will evaluate your objections and may: (a) modify the permit to address all of your concerns, (b) modify the permit to address some of your objections, or (c) not modify the permit having determined that the permit should be issued as previously written. After evaluating your objections, the district engineer will send you a proffered permit for your reconsideration, as indicated in Section B below.

B: PROFFERED PERMIT: You may accept or appeal the permit.

ACCEPT: If you received a Standard Permit, you may sign the permit document and return it to the district engineer for final authorization. If you received a Letter of Permission (LOP), you may accept the LOP and your work is authorized. Your signature on the Standard Permit or acceptance of the LOP means that you accept the permit in its entirety, and waive all rights to appeal the permit, including its terms and conditions, and approved jurisdictional determinations associated with the permit.

APPEAL: If you choose to decline the proffered permit (Standard or LOP) because of certain terms and conditions therein, you may appeal the declined permit under the Corps of Engineers Administrative Appeal Process by completing Section II of this form and sending the form to the division engineer. This form must be received by the division engineer within 60 days of the date of this notice.

C: PERMIT DENIAL: You may appeal the denial of a permit under the Corps of Engineers Administrative Appeal Process by completing Section II of this form and sending the form to the division engineer. This form must be received by the division engineer within 60 days of the date of this notice.

D: APPROVED JURISDICTIONAL DETERMINATION: You may accept or appeal the approved JD or provide new information.

ACCEPT: You do not need to notify the Corps to accept an approved JD. Failure to notify the Corps within 60 days of the date of this notice means that you accept the approved JD in its entirety, and waive all rights to appeal the approved JD.

APPEAL: If you disagree with the approved JD, you may appeal the approved JD under the Corps of Engineers Administrative Appeal Process by completing Section II of this form and sending the form to the division engineer. The division engineer must receive this form within 60 days of the date of this notice.

E: PRELIMINARY JURISDICTIONAL DETERMINATION: You do not need to respond to the Corps regarding the preliminary JD. The Preliminary JD is not appealable. If you wish, you may request an approved JD (which may be appealed), by contacting the Corps district for further instruction. Also you may provide new information for further consideration by the Corps to reevaluate the JD.

| SECTION II - REQUEST FOR APPEAL or OBJECTIONS TO AN INITIAL PROFFERED PERMIT |
|---|
| REASONS FOR APPEAL OR OBJECTIONS: (Describe your reasons for appealing the decision or your objections to an initial proffered permit in clear concise statements. You may attach additional information to this form to clarify where your reasons or objections are addressed in the administrative record.) |

ADDITIONAL INFORMATION: The appeal is limited to a review of the administrative record, the Corps memorandum for the record of the appeal conference or meeting, and any supplemental information that the review officer has determined is needed to clarify the administrative record. Neither the appellant nor the Corps may add new information or analyses to the record. However, you may provide additional information to clarify the location of information that is already in the administrative record.

| POINT OF CONTACT FOR QUESTIONS OR INFORMATION: | |
|---|---|
| If you have questions regarding this decision and/or the appeal process you may contact:<br>Sarah Wise<br>U.S. Army Corps of Engineers, Savannah District<br>100 W. Oglethorpe Avenue<br>Savannah, Georgia  31401-3640<br>(912) 652-5550 | If you only have questions regarding the appeal process you may also contact:<br>District Commander<br>U.S. Army Corps of Engineers, Savannah District<br>100 W. Oglethorpe Avenue<br>Savannah, Georgia  31401 |

RIGHT OF ENTRY: Your signature below grants the right of entry to Corps of Engineers personnel, and any government consultants, to conduct investigations of the project site during the course of the appeal process. You will be provided a 15-day notice of any site investigation, and will have the opportunity to participate in all site investigations.

| | Date: | Telephone number: |
|---|---|---|
| _____<br>Signature of appellant or agent. | | |



EXCAVATION WILL ADJUST TO AVOID ANY EXISTING VEGETATION

MAX. LIMIT OF BORROW AREA (120,000 CY TOTAL) EXCAVATION WILL OCCUR OVER 3 MONTHS TO OBTAIN 120,000 CY QUANTITY

160'

1,530'±

MHW (3/11/15)

ATLANTIC OCEAN

BEACH RENOURISHMENT BORROW AREA

**THOMAS & HUTTON**
Engineering | Surveying | Planning | GIS | Consulting

50 Park of Commerce Way
Savannah, GA 31405 • 912.234.5300
www.thomasandhutton.com

**RESERVE AT SEA ISLAND**
PROPOSED ALIGNMENT
BEACH RENOURISHMENT & GROIN
CLIENT:
SEA ISLAND ACQUISITION, LLC
LOCATION: GLYNN COUNTY, GA.
DATE: 9/10/15
JOB NUMBER: J-25447

DRAWN BY: JWR
REVIEWED BY: CLG

SHEET: 12
SCALE: NTS

HAUL ROUTE TO BORROW AREA AND PROJECT SITE

GROIN SOUTH TERMINAL GROIN



EXISTING ACCESS
FOR EQUIPMENT

EXISTING 50'TH
TERMINAL GROIN

428351.0
91130I.O

428300.0
9II67.0

428165.50
9II062.50

LOT 1

428165.50
9II062.50

(B)

LOT 2

SEAWARD TOE OF
CONSTRUCTED DUNES

PROPOSED DUNES

LOT 5

428126.03
9II050.53

LOT 4

(D)

LOT 3

28' WIDE
DUNE CREST
ELEV. VARIES
15.0 to 20.0

APPROX. TOE OF RENOURISHMENT
SLOPE, ELEV. (-16.0

1200'-0"

A T L A N T I C   O C E A N

MLW

I:20

GRAPHIC SCALE

( IN FEET )
1 inch = 100 ft.

PROPOSED DUNES

TOP OF BMK
(AS OF 2/26/15)

PROPOSED DUNES

TOP/BEACH BERM
ELEV. 6.0

EXST. MLW
ELEV. (-3.4)

150'-0"

EXST. MHW
ELEV. 2.83

LOT 6

LOT 8

TOE OF ROCK, TYP.

LOT 7

(F)

OBSERVED ORDINARY
HIGH WATER MARK
HIGH TIDE LINE
(AS OF 3/11/15)

TOP OF GROIN-
CREST ELEV. 6.0

CREST
ELEV. 3.0

C PROPOSED
ROCK GROIN

TOP OF ROCK GROIN-
SLOPES FROM 6.0
DOWN TO 3.0

230'-0"

120'-0"

90'

30'

(C)

PROJECT BASELINE

ROCK LAYER FOR
MAINTENANCE ACCESS
(200 S.Y.)

-0.08'

EXST. MHW
ELEV. 2.83

ACCESS RAMP (TYP.)
427448.24
9I0426.60

NOTES:
1. ELEVATIONS ARE BASED ON NAVD 88 DATUM SURVEY
   INFORMATION SHOWN INCLUDING JURISDICTIONAL LINES, MHW,
   MLW. ELEVATIONS, AND PROJECT SURVEY PROFILE LINES
   BASED ON TOPOGRAPHIC SURVEY PERFORMED BY SHUPE
   SURVEYING, DATED 2/26/2015 & 3/2/2015.
2. MEAN LOW WATER SHOWN TAKEN FROM SURVEY
   DATED 3/1/2015
3. ORDINARY HIGH WATER MARK/HIGH TIDE LINE SHOWN
   TAKEN FROM OBSERVATION 3/11/2015.

**THOMAS & HUTTON**
Engineering | Surveying | Planning | GIS | Consulting

50 Park of Commerce Way
Savannah, GA 31405 • 912.234.5300

www.thomasandhutton.com

LEGEND:
2015 PERMIT DRAWINGS (BLACK TYP.)
2019 SURVEY (RED TYP.)

**PROPOSED GROIN & DUNE PLAN**

**SEA ISLAND CLOISTER RESERVE**

PROPOSED ACTIVITY:
BEACH RENOURISHMENT & GROIN

CLIENT:
SEA ISLAND ACQUISITION, LLC

LOCATION: GLYNN COUNTY, GA.

DATE: 7/10/15
JOB NUMBER: J-25447

DRAWN BY: JWR
REVIEWED BY: CLG

SHEET: 2
SCALE: 1" = 100'

**Borrow Area Cut Depths**

**Post-Project Memorandum — 3 May 2019**

Prepared for:

*Sea Island*

Sea Island Company

PO Box 30351   Sea Island GA   31561

4 ft Cut
6 ft Cut

0   500   1,000   2,000   3,000   4,000 Feet

The borrow area is ~3 nm off Goulds Inlet near Sea Island GA

[UPPER] Bathymetry as collected on 16 November 2018 – BEFORE DREDGING

[LOWER] Contours of bathymetry as collected on 10 March 2019 – AFTER DREDGING

*all elevations NAVD 88



Coastal Science & Engineering

PO Box 8056
Columbia, SC 29202

Phone: 803.799.8949
cse@coastalscience.com

DEPARTMENT OF THE ARMY PERMIT

PERMITTEE:  Mr. William McHugh, Jr., Sea Island Acquisition, LLC

PERMIT NUMBER:  SAS-2015-00742

ISSUING OFFICE:

Savannah District
U.S. Army Corps of Engineers
100 West Oglethorpe Avenue
Savannah, Georgia  31401

NOTE:  The term "you" and its derivatives used in this permit, means the permittee or any future transferee.  The term "this office" refers to the appropriate District or Division office of the U.S. Army Corps of Engineers having jurisdiction over the permitted activity or the appropriate official of that office acting under the authority of the commanding officer.

You are authorized to perform work in accordance with the terms and conditions specified below.

PROJECT DESCRIPTION:  To construct and maintain a new T-head groin south of the existing southern groin and place sand along approximately 17,000 linear feet (LF) of beach located between an existing north groin, and the new T-head groin.  A hydraulic cutter-head dredge will pump between 1,315,000 to 2,500,000 cubic yards (CY) of sand from the offshore source, to various locations along the beach.  Temporary sand-training dikes will be constructed on the beach, and used to contain the discharge of sand and water, parallel to the shore.  Once it is dewatered, bulldozers and other equipment will be used to move the sand up and down the beach, to shape the beach to the design template.  Following completion of beach renourishment, sand fencing and/or native vegetation will be installed in strategic locations in the dunes in accordance with a Georgia Department of Natural Resources (DNR)-approved vegetation plan.

The project will consist of the following four reaches:  Reach 1 extends 1,200' south of the southern groin (i.e. to the new groin); Reach A extends 4,000 LF north of the southern groin to approximately East 9th Street; Reach B extends 9,000 LF from East 9th Street to East 34th Street; and Reach C extends 3,500 LF from East 34th Street to the northern groin.  Subsequent sand recycling activities would be accomplished with excavators, dump trucks, and other heavy equipment.  Recycling activities will occur during/for the following times/reasons:  (1)  up to once per year outside of turtle nesting season to maintain the project; (2)  at any time to correct unusual erosion rates or to correct damage caused by discrete events, upon notice to the Corps, Georgia Department of Natural Resource, Coastal Resources Division (Georgia CRD); and (3)

RECEIVED

SEP 1 2 2018

CESAS-RD

Check # 2891   For $ 100.00
W / D &  FWD F & A on

in the event of an approaching storm, to shape dunes to raise low lying areas for upland protection, upon notice to the Corps and Georgia CRD. Material for recycling activities would be obtained from any location above mean lower low water from Reach A or Reach C.

PROJECT LOCATION: The project site is located within the surf zone of the Atlantic Ocean, along the Sea Island shoreline, in Glynn County, Georgia (Latitude: 31.1833, Longitude: 81.3310). The proposed 255-acre sand borrow area is located in the Atlantic Ocean, approximately 4 miles east/southeast of the Sea Island project area.

1. PERMIT CONDITIONS:

   a. General Conditions.

   (1) The time limit for completing the work authorized by this Individual Permit ends on September 5, 2023. If you find that you need more time to complete the authorized activity, you must submit a request for your permit extension at least one month prior to the above date.

   (2) You must maintain the activity authorized by this permit in good condition and in conformance with the terms and conditions of this permit. You are not relieved of this requirement if you abandon the permitted activity, although you may make a good faith transfer to a third party in compliance with General Condition 4 below. Should you wish to cease to maintain the authorized activity or should you desire to abandon it without a good faith transfer, you must obtain a modification of this permit from this office, which may require restoration of the area.

   (3) If you discover any previously unknown historic or archeological remains while accomplishing the activity authorized by this permit, you must immediately notify this office of what you have found. We will initiate the federal and state coordination required to determine if the remains warrant a recovery effort or if the site is eligible for listing in the National Register of Historic Places.

   (4) If you sell the property associated with this permit, you must obtain the signature of the new owner in the space provided and forward a copy of the permit to this office to validate the transfer of this authorization.

   (5) If a conditioned Water Quality Certification has been issued for your project, you must comply with conditions specified in the certification as Special Conditions to this permit. For your convenience, a copy of the certification is attached if it contains such conditions.

   (6) You must allow representatives from this office to inspect the authorized activity at any time deemed necessary to ensure that it is being or has been accomplished in accordance with the terms and conditions of your permit.

(7)  The permittee understands and agrees that, if future operations by the United States require the removal, relocation, or other alteration, of the structure or work herein authorized, or if, in the opinion of the Secretary of the Army or his authorized representative, said structure or work shall cause unreasonable obstruction to the free navigation of the navigable waters, the permittee will be required, upon due notice from the U.S. Army Corps of Engineers, to remove, relocate, or alter the structural work or obstructions caused thereby, without expense to the United States. No claim shall be made against the United States because of any such removal or alteration.

b.  Special Conditions.

(1)  To ensure that the project would not adversely affect any threatened and endangered species, the Permittee shall comply with the following special conditions:

a.  All work shall be completed outside of the prescribed sea turtle nesting season (i.e. construction between November 1st and April 30th).

b.  Following construction, the Permittee shall cross-till the project from the high tide wave rush to the seaward toe of the constructed dune feature. The dune feature should also be tested for compaction prior to the planting of vegetation or sand fence construction. If compaction readings are greater than 500 CPU at any of the test depths (6 inches, 12 inches, 18 inches) for two consecutive stations, the dune feature will be tilled.

c.  Annual surveys for compaction will be completed in February for 5 years following completion of the project. Sand compaction should be measured at a maximum of 500 foot intervals along the fill area.  Compaction will be measured at 3 stations along three transects corresponding to the landward, middle and seaward portion of the fill berm. An additional measurement should be taken from the dune feature. At each measurement station, a cone penetrometer will be pushed to depths of 6, 12, and 18 inches three times (3 replicates) and the compaction readings will be averaged to produce a final reading at each depth for each station. If the average value for any depth exceeds 500 CPU for any 2 or more adjacent stations (including the dune feature), that area will be tilled prior to May 1.  Tilling will be completed to a depth of 36 inches.  A representative from Georgia DR shall be present during the compaction testing (contact: Mark Dodd, 912-264-7218).

d.  An annual summary of compaction surveys and the actions taken will be submitted to the Corps. A report on the results of compaction monitoring will be submitted to the Corps prior to any tilling actions being taken. This condition will be evaluated annually and may be modified if necessary to address sand compaction problems identified during the previous year.

3

e.  Visual surveys for escarpments along the beach fill area will be made after construction and completed in February for five years following completion of the project. Escarpments in excess of 18 inches extending more than 100 feet will be mechanically leveled to natural beach contour prior to April 1st.

f.  Visual surveys for escarpments along the beach fill area will be made weekly, and after storm events, from April 1st through October 31st. Escarpments that interfere with marine turtle nesting or that exceed 18 inches in height for a distance of 100 feet or more will be graded to the natural beach contour with guidance from the Georgia Department of Natural Resources and the U.S. Fish and Wildlife Service.

g.  The Permittee shall participate in the Right Whale Early Warning System. Dredging within right whale critical habitat from December through March must follow the protocol established within the Early Warning System.

h.  Full-time NMFS-certified endangered species observer(s) shall be present on the dredge to document visible sea turtle activity, monitor any sea turtle takes, and watch for and alert the dredge operator of manatees or whales (especially right whales or humpbacks) in the area.

i.  All project personnel shall follow NMFS marine mammal stranding report procedures.

j.  The Permittee shall comply with the "Savannah District Standard Manatee Special Conditions for Aquatic Construction." (Enclosed).

k.  The Permittee shall utilize one of the following materials to secure the buoy to the pipeline:  (1) Light weight chain; (2) Non-looping wire rope; or (3) Plastic sheathing around nylon rope to prevent looping.

(2)  To ensure that unsuitable material is not placed onto the beach, the Permittee shall comply with the following special conditions:

a.  Prior to any placement of beach fill, the Permittee shall construct temporary sand training dikes on the beach.  The slurry from the offshore borrow site shall be pumped behind the sand training dike and the sand shall be allowed to dewater prior to placement on the beach.

b.  While the material is being pumped into the dewatering area (i.e. behind the sand training dike), the Permittee shall have qualified personnel under the direction of a Georgia-registered professional engineer or a professional geologist monitoring the slurry discharge and correlating it with the borrow area conditions. Specifically, personnel shall monitor the slurry discharge as well as the dewatering area to determine whether the discharge/sand contains unsuitable material (i.e. clay balls, mud rollers, etc.)

c. During construction of the beach fill, samples of the beach fill will be obtained at 200 foot intervals and compared to the native and borrow area samples. Samples will be taken along one shore-perpendicular transect and will be combined into one physical composite and sent to the laboratory for grain-size analysis. Samples will be analyzed as soon as possible but not more than five (5) days after collection. Sediment test results will be submitted monthly to the USFWS and GADNR for review.

d. Upon completion of construction, the Permittee shall resample the project area and obtain representative samples of the beach fill using the same stations as the pre-project samples. Results will be compared with pre-project beach samples and borrow area sediment test results. Data will be submitted to the USFWS and GADNR in a comprehensive final report.

e. The Permittee shall immediately (i.e. within 24 hours) notify the Corps, GADNR and USFWS if non-compatible material is encountered in the borrow area. The dredge will be relocated to other subareas within the permitted borrow area if the following conditions are encountered:

1. Evidence of high concentrations of mud persisting for more than 30 minutes in the slurry based on visual observation at the discharge pipe and monitoring of specific gravity of the slurry at the dredge.

2. Evidence of high concentrations of non-shell gravel such as chunks of limestone, marl, or similar cemented sediments which persist for more than 30 minutes in the slurry based on visual observation at the discharge pipe and monitoring of specific gravity of the slurry at the dredge.

3. Evidence of high concentrations of coarse shell material exceeding pebble-sized clasts (i.e. oyster shells, quahogs, etc.) which persist for more than 30 minutes in the slurry, based on visual observations at the discharge pipe and monitoring of specific gravity of the slurry at the dredge.

g. Because of the lag time between excavations in the borrow area and pump-out onto the beach, accumulations of mud rollers and coarse gravel material may occur before the dredge can be relocated. If such accumulations exceed the equivalent of one 15 cubic yard dump truck per 100 linear feet of beach, the Permittee shall pick up the coarse material using hand labor or a beach-sweeping device as soon as practicable upon completion of the section or upon completion of the project. To the extent practicable, such accumulations will be raked into stockpiles above the high-tide line.

(3) Prior to any maintenance/sand recycling event, the Permittee shall sample the proposed borrow area to ensure the borrow site has the required amount of beach quality sand to complete the event. The samples should be taken as individual cores and be an adequate amount to represent the borrow area.

(4)  The Permittee shall perform beach profile surveys.  The surveys shall establish a fixed, repeatable baseline along the shore with perpendicular transects extending 2,400 feet south and 1,200 feet north of the new groin, with stations and transects at 100-foot intervals.  Data points shall be surveyed along the above transects to a water depth of 6 feet.

(5)  The beach profile surveys shall be performed at the following times: (a) pre-construction; (b) post-construction; (c) 6 months, 1 year, 2 years, 3 years, 4 years, and 5 years after the post-construction survey; and (d) more frequently after storm events, if warranted.

(6)  The preconstruction (baseline) survey shall be performed between 7-30 days prior to the start of construction.  The preconstruction survey data and drawings shall be submitted to the Corps in a preliminary report within 20 days after the field work is complete, with a final report to be submitted no later than 120 days after the field work for the survey is completed.

(7)  Monitoring surveys shall be completed between January 1st-March 31st. Preliminary results will be submitted within 20 days, with final monitoring reports submitted no later than 60 days after the field work for the survey is completed.

(8)  Monitoring reports shall include at a minimum the following and along with any other information provided by the applicant will be used to determine if sand-bypassing or other corrective action is required:

a.  The transects and survey data shall be plotted on a plan view drawing (or multiple drawings) of the entire survey area.  Drawings must be clearly legible on 8.5" x 11" paper and include a scale bar and north arrow.

b.  All elevation data shall be reported relative to the NAVD88.

c.  The Permittee shall provide a table detailing the data obtained from each sample point along each transect.  This data shall be compared to the initial post-construction survey data at each transect.

d. The Permittee shall provide verifiable estimates of the net change in sand volume at each transect, and within the survey area as a whole.  The net change in sand volume shall be calculated as the difference between the volume obtained in the initial post-construction survey and subsequent volumes documented in surveys at the required intervals specified in Special Condition (5). The Corps will evaluate the Permittees' volume estimates and determine if a corrective action plan is required.

e.  Should the Corps determine that the groin is causing negative impacts to the sand-sharing system, the Permittee shall submit a corrective action plan (i.e. sand bypass, adjustment/removal of the new groin, etc.) to the Corps and GADNR for review and approval.

f.  Existing site conditions shall be photographed during each survey.  Photographs shall be plotted on a photo location map, including the location and direction of each photograph.  Photographs shall be representative of the entire survey area and shall be taken at the same approximate location during each survey.

(9)  All work will be performed in accordance with the following attached plans and drawings which are incorporated in and made part of the permit:

a.  Vicinity Map, dated March 2, 2018.

b.  Project Plan, Reach A, Sta 95+00 to 135+00 Map, dated March 2, 2018.

c.  Project Plan, Reach B, Sta 135+00 to 180+00 Map, dated March 2, 2018.

d.  Project Plan, Reach B, Sta 180+00 to 225+00 Map, dated March 2, 2018.

e.  Project Plan, Reach C, Sta 225+00 to 260+00 Map, dated March 2, 2018.

f.  Proposed Fill Sections, Sta 110+00 to 140+00 Map, dated March 2, 2018.

g.  Proposed Fill Sections, Sta 150+00 to 180+00 Map, dated March 2, 2018.

h.  Proposed Fill Sections, Sta 190+00 to 220+00 Map, dated March 2, 2018.

i.  Proposed Fill Sections, Sta 230+00 to 240+00 Map, dated March 2, 2018.

j.  Area Bathymetry, NOAA Map 11502, dated March 2, 2018.

k.  Borrow Area Bathymetry & Geotechnical Data, dated March 2, 2018.

l.  Proposed Borrow Area Excavation Sections, dated March 2, 2018.

m.  Geotechnical Data Grain Size Distributions, dated March 2, 2018.

n. Reserve at Sea Island, Beach Renourishment & Groin, Sheets 1-13 dated September 10, 2015.

2. FURTHER INFORMATION:

a. Congressional Authorities:  You have been authorized to undertake the activity described above pursuant to Section 10 of the Rivers and Harbors Act of 1899 (33 United States Code (U.S.C.) § 403) and  Section 404 of the Clean Water Act (33 U.S.C. § 1344).

b. Limits of this Authorization.

(1)  This permit does not obviate the need to obtain other federal, state, or local authorizations required by law.

(2)  This permit does not grant any property rights or exclusive privileges.

(3)  This permit does not authorize any injury to the property or rights of others.

(4)  This permit does not authorize interference with any existing or proposed federal projects.

c. Limits of Federal Liability.  In issuing this permit, the Federal Government does not assume any liability for the following:

(1)  Damages to the permitted project or uses thereof as a result of other permitted or unpermitted activities or from natural causes.

(2)  Damages to the permitted project or uses thereof as a result of current or future activities undertaken by or on behalf of the United States in the public interest.

(3)  Damages to persons, property, or to other permitted or unpermitted activities or structures caused by the activity authorized by this permit.

(4)  Design or construction deficiencies associated with the permitted work.

(5)  Damage claims associated with any future modification, suspension, or revocation of this permit.

d. Reliance on Applicant's Data.  The determination of this office that issuance of this permit is not contrary to the public interest was made in reliance on the information you provided.

e. Reevaluation of Permit Decision.  This office may reevaluate its decision on this permit at any time the circumstances warrant.  Circumstances that could require reevaluation include, but are not limited to, the following:

(1)  You fail to comply with the terms and conditions of this permit.

8

(2)  The information provided by you in support of your permit application proves to have been false, incomplete, or inaccurate (see 4 above).

(3)  Significant new information surfaces which this office did not consider in reaching the original public interest decision.  Such a reevaluation may result in a determination that it is appropriate to use the suspension, modification, and revocation procedures contained in 33 Code of Federal Regulations (C.F.R.) § 325.7, or enforcement procedures such as those contained in 33 C.F.R. § 326.4 and 326.5.  The referenced enforcement procedures provide for the issuance of an administrative order, which requires you to comply with the terms and conditions of your permit and for the initiation of legal action where appropriate.

(4)  You will be required to pay for any corrective measures ordered by this office, and if you fail to comply with such directive, this office may in certain situations (such as those specified in 33 C.F.R. § 209.170) accomplish the corrective measures by contract or otherwise and bill you for the cost.

f.  Extensions.  General Condition 1 establishes a time limit for the completion of the activity authorized by this permit.  Unless there are circumstances requiring either a prompt completion of the authorized activity or a reevaluation of the public interest decision, the U.S. Army Corps of Engineers will normally consider a request for an extension of time limit.

Your signature below, as permittee, indicates that you accept and agree to comply with the terms and conditions of this permit.

Sea Island Acquisition, LLC
By

_____          __9.12.18_____
(PERMITTEE)                                          (DATE)
Authorized Signatory

This permit becomes effective when the federal official, designated to act for the Secretary of the Army, has signed below.

_____          __12 SEP 18_____
Issued for and in behalf of:                      (DATE)
Daniel H. Hibner, P.M.P.
Colonel, U.S. Army
Commanding

9

When the structures or work authorized by this permit are still in existence at the time the property is transferred, the terms and conditions of this permit will continue to be binding on the new owner(s) of the property.  To validate the transfer of this permit and the associated liabilities with compliance with its terms and conditions, have the transferee sign and date below.


_____                    _____
          (TRANSFEREE)                                                        (DATE)

When the structures or work authorized by this permit are still in existence at the time the property is transferred, the terms and conditions of this permit will continue to be binding on the new owner(s) of the property.  To request the transfer of this permit and the associated liabilities with compliance with its terms and conditions, the permittee and transferee must sign and date below.


_____
      (PERMITTEE-Printed Name)


_____                    _____
      (PERMITTEE-Signature)                                                   (DATE)


_____
     (TRANSFERREE-Printed Name)


_____                    _____
     (TRANSFERREE-Signature)                                                  (DATE)

By signature below, the U.S. Army Corps of Engineers hereby validates the transfer of the permit from the permittee named above to the transferee named above.

_____          _____

     Issued for and in behalf of:                (DATE)
     Daniel H. Hibner, P.M.P.
     Colonel, U.S. Army
     Commanding

Regulatory Branch

CERTIFICATION OF COMPLIANCE
WITH
DEPARTMENT OF THE ARMY
SAS-2015-00742

PERMIT FILE NUMBER:  SAS-2015-00742

PERMITTEE ADDRESS:  Mr. William McHugh., Sea Island Acquisition, LLC, 351 Sea Island Road, St Simons Island, Georgia  31522

LOCATION OF WORK:  The project site is located within the surf zone of the Atlantic Ocean, along the Sea Island shoreline, in Glynn County, Georgia (Latitude: 31.1833, Longitude: 81.3310).  The proposed 255-acre sand borrow area is located in the Atlantic Ocean, approximately 4 miles east/southeast of the Sea Island project area.

PROJECT DESCRIPTION:  To construct and maintain a new T-head groin south of the existing southern groin and place sand along approximately 17,000 linear feet (LF) of beach located between an existing north groin, and the new T-head groin.  A hydraulic cutter-head dredge will pump between 1,315,000 to 2,500,000 cubic yards (CY) of sand from the offshore source, to various locations along the beach.  Temporary sand-training dikes will be constructed on the beach, and used to contain the discharge of sand and water, parallel to the shore.  Once it is dewatered, bulldozers and other equipment will be used to move the sand up and down the beach, to shape the beach to the design template.  Following completion of beach renourishment, sand fencing and/or native vegetation will be installed in strategic locations in the dunes in accordance with a Georgia Department of Natural Resources (DNR)-approved vegetation plan.

   The project will consist of the following four reaches:  Reach 1 extends 1,200' south of the southern groin (i.e. to the new groin); Reach A extends 4,000 LF north of the southern groin to approximately East 9th Street; Reach B extends 9,000 LF from East 9th Street to East 34th Street; and Reach C extends 3,500 LF from East 34th Street to the northern groin.  Subsequent sand recycling activities would be accomplished with excavators, dump trucks, and other heavy equipment.  Recycling activities will occur during/for the following times/reasons:  (1)  up to once per year outside of turtle nesting season to maintain the project; (2)  at any time to correct unusual erosion rates or to correct damage caused by discrete events, upon notice to the Corps, Georgia Department of Natural Resource, Coastal Resources Division (Georgia CRD); and (3) in the event of an approaching storm, to shape dunes to raise low lying areas for upland protection, upon notice to the Corps and Georgia CRD.  Material for recycling activities would be obtained from any location above mean lower low water from Reach A or Reach C.

ACRES AND/OR LINEAR FEET OF WATERS OF THE UNITED STATES IMPACTED:
250 acres of open water

DATE WORK IN WATERS OF THE UNITED STATES COMPLETED:

COMPENSATORY MITIGATION REQUIRED:  N/A

DATE MITIGATION COMPLETED OR PURCHASED (include bank name):  N/A

Within 30 days of completion of the activity authorized by this permit, sign this certification and return it to the following address:

> Commander
> U.S. Army Engineer District, Savannah
> Attention:  Regulatory Branch
> 100 West Oglethorpe Avenue
> Savannah, Georgia  31401

Please note that your permitted activity is subject to compliance inspection by an U.S. Army Corps of Engineers' representative.  If you fail to comply with the permit conditions, it may be subject to suspension, modification or revocation.

I hereby certify that the work authorized by the above referenced permit as well as any required mitigation (if applicable) has been completed in accordance with the terms and conditions of the said permit.


_____                    _____
    Signature of Permittee                                Date

2



**DIRECTIONS:**
*From I-95 (Brunswick, GA 31523)*

Take exit 36A to merge onto US-25 S/US-341 S toward Brunswick (5.2 mi)
Slight right onto Bay St (0.2 mi)
Continue onto Oglethorpe St (0.1 mi)
Turn left onto Gloucester St (1.0 mi)
Keep left to continue on Gloucester St/State Rte 25 Con
Turn left onto Glynn Ave
Turn right onto F J Torras Causeway (2.6 mi)
Continue onto Torras Causeway (1.7 mi)
Continue onto Kings Way
Slight left onto Sea Island Rd (4.4 mi)
Slight left onto Sea Island Dr
Continue straight to stay on Sea Island Dr (0.3 mi)
Turn right onto 1st St S
Turn right toward Dune Ave
Turn right onto Dune Ave (0.1 mi)

**Sea Island**
Glynn County, GA

**Project Location**
Latitude:   31°11'14.0" N
Longitude:  81°20'20.0" W

| APPLICANT: | | DRAWING TITLE: | |
|---|---|---|---|
| Sea Island Acquisition, LLC<br>351 Sea Island Road<br>Saint Simons Island, Georgia 31522 | Not For Construction | **Vicinity Map** | |
| AGENT: | | SCALE: AS SHOWN | SHEET #: |
| Daniel H. Bucey - Resource & Land Consultants, LLC<br>41 Park of Commerce Way Suite 303<br>Savannah GA 31405 | | DATE: 2 Mar 2018<br>TMS#<br>PROJECT #: 2473 | 01 |



Little St
Simons Is.

Hampton
River Inlet

**Proposed Fill Volumes (cubic yards):**
**Reach A (Sta 95+00 to 135+00)**
Min = 220,000 cy
Max = 270,000 cy

**Reach B (Sta 135+00 to 225+00)**
Min = 967,500 cy
Max = 2,070,000 cy

**Reach C (Sta 225+00 to 260+00)**
Min = 127,500 cy
Max = 160,000 cy

Sea Island

Pipeline Corridor

~4.0 miles

Proposed
Borrow Area

Pipeline Corridor

GA SPC Permit #438
Beach Nourishment
& Groin Construction

Blackbank River

A

Federal Waters

Goulds
Inlet

Average Distance To Brunswick
Entrance Channel - 5.5 miles

St Simons
Island

**Datum:**
Horizontal: NAD83 Georgia State Planes, East Zone, US Foot

0          5,000
Scale (Feet)

APPLICANT:
Sea Island Acquisition, LLC
351 Sea Island Road
Saint Simons Island, Georgia 31522

Not For
Construction

DRAWING TITLE:
**Overall Project Map**

AGENT:
Daniel H. Bucey - Resource & Land Consultants, LLC
41 Park of Commerce Way Suite 303
Savannah GA 31405

| SCALE: AS SHOWN | SHEET #: |
|---|---|
| DATE: 2 Mar 2018 | |
| TMS# | 02 |
| PROJECT #: 2473 | |

















**Station 230+00**

Berm Elevation 6.0 ft NAVD
Berm Crest ~791 ft (BL)
Berm Width 323 ft
Max Fill Vol 109.9 cy/ft
Min Fill Vol 89.9 cy/ft

Legend: Nov 2017, Max Fill, Min Fill, MHHW, MLLW

**Station 240+00**

Berm Elevation 6.0 ft NAVD
Berm Crest ~741 ft (BL)
Berm Width 170 ft
Max Fill Vol 49.9 cy/ft
Min Fill Vol 44.9 cy/ft

Legend: Nov 2017, Max Fill, Min Fill, MHHW, MLLW

Datum:
Verticle: Feet NAVD
Data Source: CSE Bathymetry collected via trimble RTK GPS April 2017

APPLICANT:
Sea Island Acquisition, LLC
351 Sea Island Road
Saint Simons Island, Georgia 31522

AGENT:
Daniel H. Bucey - Resource & Land Consultants, LLC
41 Park of Commerce Way Suite 303
Savannah GA 31405

DRAWING TITLE:
Proposed Fill Sections
Sta 230+00 to 240+00

Scale: As Shown
Date: 2 Mar 2018
Permit #:
Project #: 2473

Sheet #: 10

Not For
Construction



| APPLICANT: | | DRAWING TITLE: | |
|---|---|---|---|
| Sea Island Acquisition, LLC<br>351 Sea Island Road<br>Saint Simons Island, Georgia 31522 | Not For Construction | **Area Bathymetry**<br>NOAA Map 11502 | |
| AGENT:<br>Daniel H. Bucey - Resource & Land Consultants, LLC<br>41 Park of Commerce Way Suite 303<br>Savannah GA 31405 | | SCALE: AS SHOWN / SHEET #:<br>DATE: 2 Mar 2018<br>TMS#<br>PROJECT #: 2473 | 11 |









PROPOSED GROIN & DUNE PLAN

RESERVE AT SEA ISLAND

BEACH RENOURISHMENT & GROIN

SEA ISLAND ACQUISITION, LLC

THOMAS & HUTTON

NOTES:

1. ELEVATIONS ARE BASED ON NAVD 88 DATUM. SURVEY INFORMATION SHOWN INCLUDING JURISDICTIONAL LINES, MHW, MLW, ELEVATIONS, AND PROJECT SURVEY PROFILE LINES BASED ON TOPOGRAPHIC SURVEY PERFORMED BY SHUPE SURVEYING, DATED 2/26/2015 & 3/2/2015.

2. MEAN LOW WATER SHOWN TAKEN FROM SURVEY DATED 3/11/2015

3. ORDINARY HIGH WATER MARK/HIGH TIDE LINE SHOWN TAKEN FROM OBSERVATION 3/11/2015

ATLANTIC OCEAN









APPROXIMATE EXISTING BEACH PROFILE

MHW ELEV 2.63

CREST ELEV 6.0

CREST WIDTH 6.0 FT

2 LAYERS ARMOR STONE
W = 1,800 lb./CF
$D_N = 2.2'$

CORE STONE LAYER
W = 150 lbs./CF
D = 1.0'

EXISTING BEACH
ELEV. VARIES

CONTINUOUS 10" THICK x 48" WIDE
TENSAR FOUNDATION MATRESS
FILLED WITH STONE
($MIN_D = 1 1/2"$  $MAX_D = 3"$)

**TYPICAL SECTION GROIN STEM**
**CREST 6.0**
NOT TO SCALE

## RESERVE AT SEA ISLAND

PROPOSED ACTIVITY:
BEACH RENOURISHMENT & GROIN

CLIENT:
SEA ISLAND ACQUISITION, LLC

LOCATION: GLYNN COUNTY, GEORGIA
DATE: 9/10/15          DRAWN BY: CLH
JOB NUMBER: J-25447   REVIEWED BY: CLG

SHEET: 5
SCALE: NTS

**THOMAS & HUTTON**
Engineering | Surveying | Planning | GIS | Consulting

50 Park of Commerce Way
Savannah, GA 31405 • 912.234.5300
www.thomasandhutton.com

Y:\Sea Island\Drawings\25447 - 5 Section Groin 6.dwg - Sep 22, 2015 - 10:16:54 AM



MLW ELEV. (-)4.0

APPROXIMATE EXISITING BEACH PROFILE

MHW ELEV. 2.63

CREST ELEV. 3.0

CREST WIDTH 6.0 FT.

CONTINUOUS 10" THICK x 48" WIDE TENSAR FOUNDATION MATRESS FILLED WITH STONE
$(MIN_D = 1 \ 1/2" \ MAX_D = 3")$

2 LAYERS ARMOR STONE
$W = 1,800 \ lb/CF$
$D_N = 2.2'$

CORE STONE LAYER
$W = 150 \ lbs/CF$
$D = 1.0'$

EXISTING BEACH ELEV. VARIES

**TYPICAL SECTION GROIN STEM**
**CREST 3.0**
NOT TO SCALE

**THOMAS & HUTTON**
Engineering | Surveying | Planning | GIS | Consulting

50 Park of Commerce Way
Savannah, GA 31405 • 912.234.5300

www.thomasandhutton.com

**RESERVE AT SEA ISLAND**

PROPOSED ACTIVITY:
BEACH RENOURISHMENT & GROIN

CLIENT:
SEA ISLAND ACQUISITION, LLC

LOCATION: GLYNN COUNTY, GEORGIA
DATE: 9/10/15          DRAWN BY: CLH
JOB NUMBER: J-25447    REVIEWED BY: CLG

SHEET: 6
SCALE: NTS

V:\Sea Island\drawings\25447 - 6 Section Groin 3.dwg   Sep 22, 2015 - 10:38:01 AM



⊄ T-HEAD

MLW ELEV. (-)4.0

MHW ELEV. 2.63

CREST ELEV. 3.0

21'-6"
SEAWARD

4'-6"

(-)6.0

APPROXIMATE EXISTING
BEACH PROFILE

CORE STONE LAYER
W= 150 lbs./CF
D=1.0'

6'-6"
CREST WIDTH

18'-6"
LANDWARD

T/CREST STEM SECTION

CONTINUOUS 10" THICK×4'8"
WIDE TENSAR FOUNDATION
MATRESS-FILLED WITH
STONE (MIN$_D$=1/2",
MAX$_D$=3")

2 LAYERS ARMOR STONE.
W=1800 lb/CF
D$_n$ = 2.2'

EXIST. BEACH
ELEV. (-)4.5

**TYPICAL SECTION GROIN T-HEAD**
SCALE: 3/16" = 1'-0"

**RESERVE AT SEA ISLAND**

PROPOSED ACTIVITY:
BEACH RENOURISHMENT & GROIN

CLIENT:
SEA ISLAND ACQUISITION, LLC

LOCATION: GLYNN COUNTY, GA.
DATE: 9/10/15
JOB NUMBER: J-25447

DRAWN BY: JWR
REVIEWED BY: CLG

SHEET: 7
SCALE: 3/16"=1'-0"

**THOMAS & HUTTON**
Engineering | Surveying | Planning | GIS | Consulting

50 Park of Commerce Way
Savannah, GA 31405 • 912.234.5300
www.thomasandhutton.com

Y:\Sea Island\Drawings\25447 - 7 BEACH GROIN T HEAD.dwg — Sep 24, 2015 - 1:05:53 PM









PROFILE G

**BEACH PROFILES**
SCALE: 1"=100'-0" HORIZ. / 1"=10'-0" VERT.

RESERVE AT SEA ISLAND

PROPOSED ACTIVITY:
BEACH RENOURISHMENT & GROIN
CLIENT:
SEA ISLAND ACQUISITION, LLC
LOCATION: GLYNN COUNTY, GA.
DATE: 9/10/15          DRAWN BY: JWR
JOB NUMBER: J25447     REVIEWED BY: CLG

SHEET: 11
SCALE: AS SHOWN

THOMAS & HUTTON
Engineering | Surveying | Planning | GIS | Consulting
50 Park of Commerce Way
Savannah, GA 31405 • 912-234-5300
www.thomasandhutton.com



BEACH RENOURISHMENT BORROW AREA

RESERVE AT SEA ISLAND

BEACH RENOURISHMENT & GROIN

SEA ISLAND ACQUISITION LLC.

THOMAS & HUTTON

BEACH RENOURISHMENT & GROIN IMPACTS:

SECTION 404 (USACOE)
QTY STONE BELOW OHWM: 4200 CY
QTY SAND BELOW OHWM: 106,000 CY

DNR SHORE PROTECTION ACT:
QTY STONE ABOVE OHWM: 600 SF (55 CY)
QTY SAND ABOVE OHWM: 42,000 SF (14,000 CY)

QTY STONE BELOW OHWM: 4200 CY
QTY SAND BELOW OHWM: 106,000 CY



# RESERVE AT SEA ISLAND

PROPOSED ACTIVITY:
BEACH RENOURISHMENT & GROIN

CLIENT:
SEA ISLAND ACQUISITION, LLC

LOCATION: GLYNN COUNTY, GEORGIA
DATE: 9/10/15     DRAWN BY: CLH
JOB NUMBER: J-25447     REVIEWED BY: CLG

SHEET: 13
SCALE: NTS

**THOMAS & HUTTON**
Engineering | Surveying | Planning | GIS | Consulting

50 Park of Commerce Way
Savannah, GA 31405 • 912.234.5300
www.thomasandhutton.com

W:\Sea Island\drawings\J25447 • 13 NOTES.dwg - Sep 22, 2015 - 10:18:56 AM



**Programmatic Agreement**
**U.S. Army Corps of Engineers**
**U.S. Fish and Wildlife Service**
**Section 7 of the Endangered Species Act**
**Manatee Consultation Procedures**
**Dock and Marina Facilities in Coastal Georgia Waters**

The U.S. Army Corps of Engineers, Savannah District, and the U.S. Fish and Wildlife Service, Georgia Ecological Services (FWS) agree to the consultation procedures outlined in this Programmatic Agreement (PA), pursuant to Section 7 of the Endangered Species Act, concerning effects on the West Indian Manatee (Trichechus manatus) (manatee), from construction, modification, maintenance and use of dock and marina facilities, in Brantley, Bryan, Camden, Charlton, Chatham, Effingham, Glynn, Liberty, Long, McIntosh and Wayne Counties, Georgia.

CONSULATION PROCEDURES:

1. The Corps will coordinate permit actions with FWS, as follows:

   a. Individual Permits (IP):  The Corps will include the following statement in joint public notices advertising Department of the Army IP applications for proposed dock and marina facilities, "Any permit that may be issued by the Corps for the proposed project will include the applicable manatee special permit conditions:  (1) for single and multi-family private recreational docks, special conditions a thru j; or (2) for private community docks and commercial marinas, special conditions a thru p.  The facility types will follow the definitions the Georgia Department of Natural Resources (Georgia DNR) uses in their facility permitting.  With inclusion of the applicable special conditions in the permit, and with the requirement for the permittee to implement and adhere to these conditions, the Corps has determined that the project may affect, but is not likely to adversely affect the manatee."

   b. Letters of Permission (LOP):  The Corps will include the following statement in the agency coordination email for all LOP for proposed dock and marina facilities, "Any permit that may be issued by the Corps for the proposed project will include the applicable manatee special permit conditions:  (1) for single and multi-family private recreational docks, special conditions a thru j; or (2) for private community docks and commercial marinas, special conditions a thru p.  With inclusion of the applicable special conditions the permit, and with the requirement for the permittee to implement and adhere to these conditions, the Corps has determined that the project may affect, but is not likely to adversely affect the manatee."

   c. Nationwide Permit 3(a) (NWP 3(a)):  The Corps will include the following statement in agency coordination email for all Pre-Construction Notifications proposing use of NWP 3(a) to repair, rehabilitate or replace a previously authorized, currently serviceable dock or marina facility, "Any verification for use of NWP 3(a) that may be

issued by the Corps for the proposed project will include the applicable manatee special permit conditions:  (1) for single and multi-family private recreational docks, special conditions a thru j; or (2) for private community docks and commercial marinas, special conditions a thru p.  With inclusion of the applicable special conditions in the NWP 3(a) verification letter, and with the requirement for the permittee to implement and adhere to these conditions, the Corps has determined that the project may affect, but is not likely to adversely affect the manatee."

   d.  Programmatic General Permit 83 (PGP 83):  PGP 83 authorizes the construction, maintenance and modification of certain private recreational dock facilities in the tidal waters of Georgia.  The Corps has delegated authority to the Georgia Department of Natural Resources, Coastal Resources Division (Georgia CRD) to review PGP 83 applications, and verify whether proposed dock facilities comply with the terms and conditions for authorization under the PGP.  All dock facilities authorized by PGP 83 must comply with manatee special permit conditions a thru j.  With inclusion of these special conditions in PGP 83 verifications issued by Georgia CRD, and with the requirement for the permittee to implement and adhere to these conditions, the Corps has determined that private single family docks authorized by PGP 83 may affect, but are not likely to adversely affect the manatee.

2. FWS:  For IP, LOP and NWP 3.a, the FWS will respond in writing (letter or email) to the Corps' public notice or email notification during the specified comment period when there is a project specific issue that would preclude FWS' concurrence with the Corps' may affect but not likely adversely affect determination for the project.  The Corps will initiate Section 7 consultation with the FWS for such a project.  However, if FWS does not disagree in writing with the Corps' determination within the specified comment period; the FWS is thereby concurring with the Corps' determination for the project.  For private recreational dock facilities authorized by PGP 83, the FWS concurs with the Corps' may affect but not likely adversely affect determination.

MANATEE SPECIAL PERMIT CONDITIONS:

1.  Single and multi-family private recreational docks, conditions a thru j.

2.  Private community docks and commercial marinas, conditions a thru p.

3.  Special Permit Conditions:

   a.  The permittee shall ensure that all personnel associated with construction of the authorized dock facility are informed of the civil and criminal penalties for harming, harassing or killing manatees, which are protected under the Endangered Species Act of 1973 (ESA) and the Marine Mammal Protection Act of 1972.  The permittee and the permittee's contractor(s) (contractor) will be held responsible for any manatee harmed, harassed or killed as a result of construction activities.

b. The use of siltation barriers in waters of the United States, below the high tide line, is not allowed in association with the construction of the authorized dock facility.

c. All vessels associated with project construction shall operate at "no wake/idle" speeds at all times while in the project area. All vessels will follow routes of deep water when entering or exiting the project area, and while operating in the project area, whenever possible. For the purposes of compliance with manatee conditions, the project area is defined as all areas of shoreline, marsh and open waters within 100 feet of the outermost perimeter of the authorized dock facility.

d. All contractors and other on-site personnel are responsible for observing for the presence of manatees in or near the project area. All in-water construction activities shall cease upon sighting of a manatee within 50 feet of any ongoing work in the marsh or open waters. Activities will not resume until the manatee(s) has moved beyond the 50-foot radius of the project operation, or until 30 minutes elapses if the manatee(s) has not reappeared within 50 feet of the operation. Animals must not be herded away or harassed into leaving.

e. Extreme care shall be taken when lowering equipment and materials below the water surface and/or to the water bottom. Equipment and materials include, but are not limited to: piles; sheet piles; casings for drilled shaft construction; spuds; pile templates; and anchors. All such equipment/material shall be lowered as slow as possible, to avoid injury to any manatee that may have entered the project area undetected.

f. In the event of injury to or mortality of a manatee in the project area, the permittee or contractor shall immediately notify the Georgia Department of Natural Resources (Georgia DNR) at 912-264-7218 or 1-800-272-8363 on weekdays between 8:00 a.m. to 4:30 p.m., or 1-800-241-4113 on nights and weekends. Within one hour of a manatee injury or mortality the permittee or contractor shall notify the Corps at 1-800-448-2402 and the US Fish and Wildlife Service, Georgia Ecological Services Field Office at 912-832-8739. Any dead manatee found in the project area shall be secured to a stable object to prevent the carcass from moving with the current. In the event of a manatee injury or mortality, all open water construction activity shall cease pending completion of consultation between the Corps and the FWS, pursuant to Section 7 of the ESA.

g. The permittee shall ensure that the contractor keeps a log of sightings, collisions or injury to manatees that occur during construction of the dock facility.

h. Within 30 days of project completion, the permittee shall submit a report summarizing manatee sightings or incidents that occurred during project construction, to the FWS, Ecological Services Field Office, Coastal Georgia Sub-Office, 4980 Wildlife Drive NE, Townsend, Georgia 31331. Submission of a negative report is not required.

i. All temporary or unused construction materials shall be removed from the project area upon completion of the work, and any impacted area of salt marsh shall be restored. No construction debris or trash is to be discarded in project area.

3

j. The permittee shall regularly inspect and maintain all hoses, faucets, and other potential sources of freshwater, to ensure that any freshwater leak is stopped and immediately repaired. Manatees are attracted to freshwater leaking from dock facilities, where boats are concentrated and there is an increased risk for manatee collisions.

k. Prior to initiating authorized construction activities, the permittee shall contact Georgia DNR at 912-264-7218 for assistance with development of temporary manatee awareness sign plan for the project area. The plan will include the types and number of signs; and locations where signs will be installed to be prominently visible to contractors entering the project area from uplands and from the water. The permittee shall install temporary manatee awareness signs in accordance with the Georgia DNR approved plan. See attached Appendix A for information about the size and appearance of temporary manatee awareness signs. Within 30 days of project completion, the permittee shall remove all temporary manatee signs.

l. Once construction activities are completed, and prior to use of the facility, the permittee shall contact Georgia DNR at 912-264-7218 for assistance with development of permanent manatee awareness sign plan. The plan will include the types and number of signs; and locations where signs will be installed to be prominently visible to all facility users entering the project area from uplands and from the water. The permittee shall install permanent manatee awareness signs in accordance with the Georgia DNR approved plan. See attached Appendix A for information about the size and appearance of permanent manatee awareness signs.

m. Within 30 days of installation, the permittee shall submit a notarized letter to the Corps confirming that required permanent manatee signs have been installed in compliance with the Georgia DNR approved plan. The permittee shall maintain all permanent manatee signs in a clearly visible condition for the life of the facility.

n. The permittee shall utilize the Georgia DNR video, "Georgia Wildlife - Sharing the Coast – Manatee" as a manatee education awareness program; available at www.youtube.com/watch?v=whD8KX4PBNA. This video program focuses on educating boaters on manatee biology, how watercraft can adversely affect the manatee, and detail actions that boaters can take to avoid impacts to the manatee. The permittee shall insure that all boat operators view this video before using the permitted facility. The permittee shall continue a manatee education awareness program for the life of the facility. The permittee may develop and use a comparable manatee education awareness program upon approval by the Corps, FWS, and Georgia DNR.

o. After project completion, the permittee shall identify the individual, facility operator or homeowner's association representative to be responsible for reporting manatee sightings, boat strikes or other manatee concerns to the FWS and Georgia DNR.

p. For facilities with oil/gas pumps and/or sewage pump-out equipment, the permittee shall develop and maintain spill contingency plans in accordance with the requirements of the Georgia DNR, Coastal Resources Division.