AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ALTAMAHA RIVERKEEPER; ONE HUNDRED MILES; CENTER FOR A SUSTAINABLE COAST, INC.; and SURFRIDER FOUNDATION,

Plaintiffs,

v.

THE UNITED STATES ARMY CORPS OF ENGINEERS, et. al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 418-251

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated September 30, 2020, the Federal Defendants' cross motion for summary judgment is GRANTED. Simultaneously, Defendant Sea Island Acquisition, LLC's cross motion for summary judgment is also GRANTED. Plaintiffs' motions for summary judgment are DENIED; therefore, Judgment is hereby ENTERED against Plaintiffs. This case stands closed.



09/30/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020